B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Passarelli, Leonard M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Passarelli, Roxanne** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8414** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0684** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1 Hickory Hill Road**<br>**Dix Hills, NY**<br>ZIP Code **11746** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1 Hickory Hill Road**<br>**Dix Hills, NY**<br>ZIP Code **11746** |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business:<br>**Suffolk** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    **Page 2**

| # Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Passarelli, Leonard M**<br>**Passarelli, Roxanne** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Mitchell J. Carlinsky**            **December 13, 2013**<br>Signature of Attorney for Debtor(s)            (Date)<br>    **Mitchell J. Carlinsky MC7435** |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
    (Name of landlord that obtained judgment)

_____
    (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Passarelli, Leonard M** |
| **Passarelli, Roxanne** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Leonard M Passarelli**
Signature of Debtor  **Leonard M Passarelli**

X **/s/ Roxanne Passarelli**
Signature of Joint Debtor **Roxanne Passarelli**

Telephone Number (If not represented by attorney)

**December 13, 2013**
Date

### Signature of Attorney*

X **/s/ Mitchell J. Carlinsky**
Signature of Attorney for Debtor(s)

**Mitchell J. Carlinsky MC7435**
Printed Name of Attorney for Debtor(s)

**Carlinsky, Dunn & Pasquariello, Pllc.**
Firm Name
**8 Duffy Avenue**
**Hicksville, NY 11801**

Address

**Email: hicksville@cdplawyers.com**
**516-622-0099  Fax: 516-622-9280**
Telephone Number

**December 13, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Leonard M Passarelli**
        **Roxanne Passarelli**
                              Debtor(s)

Case No. _____

Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Leonard M Passarelli**
                              **Leonard M Passarelli**

Date:   **December 13, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of New York

In re   **Leonard M Passarelli**
       **Roxanne Passarelli**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Roxanne Passarelli**
                        **Roxanne Passarelli**

Date:    **December 13, 2013**

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Eastern District of New York

In re    **Leonard M Passarelli,**
       **Roxanne Passarelli**

Case No. _____

_____ ,

                               Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 659,000.00 | | |
| B - Personal Property | Yes | 4 | 89,553.33 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 589,882.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 136,375.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 1,036,410.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 7,780.47 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,453.97 |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| Total Assets | | | 748,553.33 | | |
| Total Liabilities | | | | 1,762,667.61 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Eastern District of New York

In re    **Leonard M Passarelli,**
       **Roxanne Passarelli**

                                Debtors   ,

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 136,375.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 136,375.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 7,780.47 |
| Average Expenses (from Schedule J, Line 22) | 4,453.97 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,636.65 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,933.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 136,375.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,036,410.61 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,038,343.61 |

B6A (Official Form 6A) (12/07)

In re    **Leonard M Passarelli,**                                                Case No. _____
         **Roxanne Passarelli**
                                                               ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | **J** | **659,000.00** | **565,001.00** |

|  | Sub-Total > | **659,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **659,000.00** | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Leonard M Passarelli,**
       **Roxanne Passarelli**
                                          ,
                             **Debtors**

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank - checking and savings** | W | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Furniture**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** | J | 4,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Books**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** | J | 500.00 |
| 6.  Wearing apparel. | | **Misc. Clothing**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** | J | 2,000.00 |
| 7.  Furs and jewelry. | | **Wedding bands** | J | 750.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                     Sub-Total >      **7,250.00**
                                 (Total of this page)

   **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Leonard M Passarelli,**                      Case No. _____

           **Roxanne Passarelli**

                                            Debtors           ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA Newport Coast Securities Irvine, CA 92612** | W | 28,832.43 |
| | | **IRA Newport Coast Securities Irvine, CA 92612** | H | 18,895.90 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      47,728.33
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Leonard M Passarelli,**                             Case No. _____

        **Roxanne Passarelli**

                                                   ,

                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Volkswagon**<br>**2010 Golf 80,000 Miles**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** | W | 11,875.00 |
| | | **2008 Audi A5**<br>**Approx 66,992 Miles**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** | W | 17,750.00 |
| | | **2008 Volkswagon Jetta**<br>**Approx 60,000 miles**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** | J | 4,950.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                                   Sub-Total >      **34,575.00**

                                          (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Leonard M Passarelli,**                                    Case No. _____
         **Roxanne Passarelli**
_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Total >         **89,553.33**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re      **Leonard M Passarelli,**                                      Case No. _____
           **Roxanne Passarelli**
                                                                  ,
                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | **NYCPLR § 5206** | **93,999.00** | **659,000.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. Furniture** | **NYCPLR § 5205(a)(5)** | **4,000.00** | **4,000.00** |
| **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc. Books** | **NYCPLR § 5205(a)(2)** | **500.00** | **500.00** |
| **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | |
| **Wearing Apparel** | | | |
| **Misc. Clothing** | **NYCPLR § 5205(a)(5)** | **2,000.00** | **2,000.00** |
| **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | |
| **Furs and Jewelry** | | | |
| **Wedding bands** | **NYCPLR § 5205(a)(6)** | **750.00** | **750.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA** | **Debtor & Creditor Law § 282(2)(e)** | **28,832.43** | **28,832.43** |
| **Newport Coast Securities** | | | |
| **Irvine, CA 92612** | | | |
| **IRA** | **Debtor & Creditor Law § 282(2)(e)** | **18,895.90** | **18,895.90** |
| **Newport Coast Securities** | | | |
| **Irvine, CA 92612** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Audi A5** | **NYCPLR § 5205(a)(8)** | **6,677.00** | **17,750.00** |
| **Approx 66,992 Miles** | | | |
| **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | |
| **2008 Volkswagon Jetta** | **NYCPLR § 5205(a)(8)** | **4,950.00** | **4,950.00** |
| **Approx 60,000 miles** | | | |
| **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | |

| | Total: | **160,604.33** | **736,678.33** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Leonard M Passarelli,**
     **Roxanne Passarelli**                               Case No. _____

                                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **867894430** <br><br> **Vw Credit Inc** <br> **1401 Franklin Blvd** <br> **Libertyville, IL 60048** | | W | **Opened 3/21/11 Last Active 7/05/13** <br> **Car Loan** <br><br> **Volkswagon** <br> **2010 Golf 80,000 Miles** <br> **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | | | |
| | | | Value $            **11,875.00** | | | | **13,808.00** | **1,933.00** |
| Account No. **865562966** <br><br> **Vw Credit Inc** <br> **1401 Franklin Blvd** <br> **Libertyville, IL 60048** | | W | **Opened 9/30/10 Last Active 7/05/13** <br> **Car Loan** <br><br> **2008 Audi A5** <br> **Approx 66,992 Miles** <br> **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | | | |
| | | | Value $            **17,750.00** | | | | **11,073.00** | **0.00** |
| Account No. **68168181119010001** <br><br> **Wells Fargo Bank Nv Na** <br> **Po Box 31557** <br> **Billings, MT 59107** | | J | **Opened 7/03/08 Last Active 10/01/12** <br><br> **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | | | |
| | | | Value $            **659,000.00** | | | | **176,879.00** | **0.00** |
| Account No. **9360339581555** <br><br> **Wells Fargo Hm Mortgag** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | J | **Opened 3/31/12 Last Active 10/01/12** <br><br> **Location: 1 Hickory Hill Road, Dix Hills NY 11746** | | | | | |
| | | | Value $            **659,000.00** | | | | **388,122.00** | **0.00** |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **589,882.00** | **1,933.00** |
| Total <br> (Report on Summary of Schedules) | **589,882.00** | **1,933.00** |

B6E (Official Form 6E) (4/13)

.

In re  **Leonard M Passarelli,**                                                        Case No. _____
       **Roxanne Passarelli**

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                          __1__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Leonard M Passarelli,**
         **Roxanne Passarelli**

                                                                        Case No. _____

                              Debtors                              ,

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Case ID E-038507407-CL01-1** <br><br> **NYS Dept of Taxation & Fi** <br> **Bankruptcy Section** <br> **PO Box 5300** <br> **Albany, NY 12205-0300** | | H | **2010 - 2012** <br><br> **Unpaid Sales Tax** | | | | 136,375.00 | 0.00 <br><br> 136,375.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 136,375.00 | 0.00 <br> 136,375.00 |
| Total <br> (Report on Summary of Schedules) | 136,375.00 | 0.00 <br> 136,375.00 |

B6F (Official Form 6F) (12/07)

In re **Leonard M Passarelli,**                                                    Case No. _____
         **Roxanne Passarelli**
                                                                                    ,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2012 | | | | |
| Ace Endigo 80 International Blvd Brewster, NY 10509 | | H | Business Debt | | X | | 2,044.67 |
| Account No. | | | 2012 | | | | |
| Active Fire Control 5-16 47th Ave Long Island City, NY 11101 | | H | Business Debt | | X | | 2,708.46 |
| Account No. | | | 2012 | | | | |
| Active Fire Control 5-16 47th Ave Long Island City, NY 11101 | | H | Business Debt | | X | | 652.25 |
| Account No. | | | 2011-2012 | | | | |
| ADP 1 ADP Blvd Roseland, NJ 07068 | | H | Business Debt | | X | | Unknown |

|  | Subtotal (Total of this page) | 5,405.38 |
|---|---|---|

__37__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**                                                    Case No. _____
       **Roxanne Passarelli**

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Alexander Keller** <br>**Balaton Construction** <br>**1514 East 22nd Street** <br>**Brooklyn, NY 11210** | | H | 2012 | | X | | Unknown |
| Account No. **3.49991E+15** <br><br>**American Express** <br>**Po Box 297871** <br>**Fort Lauderdale, FL 33329** | | H | Opened 5/27/99 Last Active 11/01/12 Credit Card | | | | 37,488.00 |
| Account No. <br><br>**American Importing/Export** <br>**1124 Industrial Parkway** <br>**Brick, NJ 08724** | | H | 2012 Business Debt | | X | | 4,220.00 |
| Account No. <br><br>**Andrea Doria Gourmet** <br>**2415 45th Street** <br>**Astoria, NY 11103** | | H | 2012 Business Debt | | X | | Unknown |
| Account No. **Index No.: 06827/12** <br><br>**Andrew Duane** <br>**C/O Elias C Schwartz, Esq** <br>**343 Great Neck Road** <br>**Great Neck, NY 11021** | | J | 2011-2012 | | | | 6,007.40 |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**47,715.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**
**Roxanne Passarelli**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 2012 Business Debt | | | | |
| Anhueser-Bush 550 Food Center Drive Bronx, NY 10474 | | H | | | | | X | | 1,422.02 |
| Account No. | | | | | 2012 Business Debt | | | | |
| Artic Glacier, Inc. Payment Processing Center 1654 Marthaler Lane West Saint Paul, MN 55118 | | H | | | | | | | 3,511.20 |
| Account No. | | | | | 2006 Business Debt | | | | |
| Aubelia Oesman 380 Rector Place Apt 10B New York, NY 10280 | | H | | | | | X | | Unknown |
| Account No. | | | | | 2012 Business Debt | | | | |
| Auto Chlor System 685 Gotham Parkway Carlstadt, NJ 07072 | | H | | | | | X | | Unknown |
| Account No. | | | | | 2012 Business Debt | | | | |
| B&S Distributing 38 Rose Lane Staten Island, NY 10312 | | H | | | | | X | | 2,096.00 |

Sheet no. __2__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,029.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**
    **Roxanne Passarelli**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bags on the Net** <br> **1401-3 Church Street** <br> **Bohemia, NY 11716** | | H | | **2012** <br> **Business Debt** | | X | | 436.85 |
| Account No. <br><br> **Bahn, Multer & Gold** <br> **555 Fifth Avenue** <br> **14th Fl** <br> **New York, NY 10017** | | H | | **2012** <br> **Business Debt** | | X | | **Unknown** |
| Account No. **1.6443E+11** <br><br> **Barclays Bank Delaware** <br> **125 S West St** <br> **Wilmington, DE 19801** | | J | | **Opened 11/19/03  Last Active  8/01/13** <br> **Business Debt** | | | | 23,603.00 |
| Account No. <br><br> **Baron Francois** <br> **236 W. 26th St** <br> **#304** <br> **New York, NY 10001** | | H | | **2012** <br> **Business Debt** | | X | | 2,416.00 |
| Account No. <br><br> **Bearing Circle Enhanced** <br> **40 Wall Street** <br> **New York, NY 10005** | X | J | | **2012** <br> **Business Debt** | | X | | 200,000.00 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,455.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**                                        Case No. _____
  **Roxanne Passarelli**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2012 Business Debt | | | | |
| **Beehive Beer Distributing** **37-88 Review Avenue** **Long Island City, NY 11101** | | H | | | | | X | | Unknown |
| Account No. | | | | | 2012 Business Debt | | | | |
| **BK Fire Supression & Secu** **826 Suffolk Avenue** **Brentwood, NY 11717** | | H | | | | | X | | 998.05 |
| Account No. | | | | | 2012 Business Debt | | | | |
| **BNP Distributing Co. Inc.** **PO BOx 1606** **Bayonne, NJ 07002** | | H | | | | | X | | Unknown |
| Account No. | | | | | 2012 Business Debt | | | | |
| **Boening Bros** **1098 Route 109** **Lindenhurst, NY 11757** | | H | | | | | X | | 183.85 |
| Account No. | | | | | 2006 Potential Cross-Claims from Business Debt | | | | |
| **Brian Sweeney** **704 Hawick Court** **Murrells Inlet, SC 29576** | | H | | | | | X | | Unknown |

Sheet no. __4__ of __37__ sheets attached to Schedule of                           Subtotal                        1,181.90
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leonard M Passarelli,**                                     Case No. _____
       **Roxanne Passarelli**
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | 2012 Business Debt | | | | |
| **Brooks Litho Digital Grou** 167 New Highway Amityville, NY 11701 | | H | | | | | X | | 656.00 |
| **Account No.** | | | | | 2006 Potential Cross-Claims from Business Debt | | | | |
| **Bruce Humenik** 66 Washington Street New York, NY 10020 | | H | | | | | X | | Unknown |
| **Account No.** | | | | | 2012 Business Debt | | | | |
| **Budd-Morgan Central Alarm** PO Box 878 Bellmore, NY 11710 | | H | | | | | X | | 2,807.24 |
| **Account No.** | | | | | 2012 Business Debt | | | | |
| **Bug Buster of LI** 245 East 2nd Street Deer Park, NY 11729 | | H | | | | | X | | 597.44 |
| **Account No.** | | | | | 2012 Business Debt | | | | |
| **Card Service Center** PO Box 569100 Dallas, TX 75356-9100 | | H | | | | | X | | Unknown |

Sheet no. **5** of **37** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **4,060.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**                                    Case No. _____
       **Roxanne Passarelli**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Catalan Gourmet**<br>**1133 Broadway**<br>**Suite 1401**<br>**New York, NY 10010** | | H | **2012**<br>**Business Debt** | | X | | **140.00** |
| Account No. <br><br>**Cataldo Grasso Architects**<br>**141 Karl Avenue**<br>**Smithtown, NY 11787** | | H | **2012**<br>**Business Debt** | | X | | **2,050.00** |
| Account No. <br><br>**Cazanove Opici Corp**<br>**25 Deboer Drive**<br>**Glen Rock, NJ 07452** | | H | **2012**<br>**Business Debt** | | X | | **Unknown** |
| Account No. **5.78098E+15**<br><br>**Ccb/J Jill**<br>**Po Box 182789**<br>**Columbus, OH 43218** | | W | **Opened 2/20/11 Last Active 8/01/13**<br>**Charge Account** | | | | **14.00** |
| Account No. **4.24632E+11**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | H | **Opened 6/15/06 Last Active 8/05/12**<br>**Credit Card** | | | | **36,176.00** |

Sheet no. __6__ of __37__ sheets attached to Schedule of                    Subtotal                    **38,380.00**
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leonard M Passarelli,**                  Case No. _____

         **Roxanne Passarelli**

_____,

                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2012 **Business Debt** | | | | |
| **Chase Card Services** **PO Box 15153** **Wilmington, DE 19886-5153** | | H | | | X | | | Unknown |
| Account No. | | | | 2012 **Business Debt** | | | | |
| **Cheif Fire Prevention** **10 W. Broad Street** **2nd fl** **Mount Vernon, NY 10552** | | H | | | X | | | 2,636.81 |
| Account No. | | | | 2012 **Business Debt** | | | | |
| **Chesapeake Seafood & Crab** **366 North Broadway** **Suite 410** **Jericho, NY 11753** | | H | | | X | | | Unknown |
| Account No. | | | | 2006 **Potential Cross-Claims from Business Debt** | | | | |
| **Christine Quinn** **3 Croft Place** **Huntington, NY 11743** | | H | | | X | | | Unknown |
| Account No. | | | | 2012 **Business Debt** | | | | |
| **City Guide Magazine** **1440 Broadway** **Suite 501** **New York, NY 10018** | | H | | | X | | | Unknown |

Sheet no. __7__ of __37__ sheets attached to Schedule of                  Subtotal

Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)        2,636.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**                        Case No. _____
      **Roxanne Passarelli**

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Clare Rose**<br>**100 Rose Executive Blvd.**<br>**East Yaphank, NY 11967** | | H | **2012**<br>**Business Debt** | | X | | 232.15 |
| Account No. <br><br>**Classic Wines Inc.**<br>**52 Poplar Street**<br>**Stamford, CT 06907** | | H | **2012**<br>**Business Debt** | | X | | 2,250.00 |
| Account No. <br><br>**Cleanse Tec**<br>**1000 Linwood Street**<br>**Brooklyn, NY 11208** | | H | **2012**<br>**Business Debt** | | X | | 3,640.44 |
| Account No. <br><br>**Cleanse Tec**<br>**1000 Linwood Street**<br>**Brooklyn, NY 11208** | | H | **2012**<br>**Business Debt** | | X | | **Unknown** |
| Account No. <br><br>**Clear Beer Draft Systems**<br>**51 Fawn Lane West**<br>**South Setauket, NY 11720** | | H | **2012**<br>**Business Debt** | | X | | 661.76 |

Sheet no. __8__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,784.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,** Case No. _____
**Roxanne Passarelli**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2012 Business Debt | | | | |
| Clinton Packing, LLC 801 New York Avenue PO Box 8148 Union City, NJ 07087 | | H | | | X | | 492.51 |
| Account No. | | | 2012 Business Debt | | | | |
| CM&E Services, Inc. 70 Sheperd Street Rockville Centre, NY 11570 | | H | | | X | | 13,033.00 |
| Account No. | | | 2012 Business Debt | | | | |
| Coca Cola Bottling of NY PO Box 4108 Boston, MA 02211-4108 | | H | | | X | | 287.04 |
| Account No. | | | 2012 Business Debt | | | | |
| Cod Edison JAF Station PO Box 1702 New York, NY 10116-1702 | | H | | | X | | Unknown |
| Account No. | | | 2012 Business Debt | | | | |
| Concept Group 43-50 11th Street Suite 100 Long Island City, NY 11101 | | H | | | X | | 805.00 |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,617.55

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**
**Roxanne Passarelli**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2012 Business Debt | | | | |
| Costello Wines LLC 350 Fifth Avenue Suite 7218 New York, NY 10118-7218 | | H | | | | X | | Unknown |
| Account No. | | | | 2012 Business Debt | | | | |
| Dairyland USA Corp 1300 Viele Avenue Bronx, NY 10474 | | H | | | | X | | 9,630.36 |
| Account No. | | | | 2006 Business Debt | | | | |
| Damon DeSalvatore 11 Drake Lane White Plains, NY 10607 | | H | | | | X | | Unknown |
| Account No. | | | | 2012 Business Debt | | | | |
| David A. Kaminsky & Assoc 252 Broadway Suite 504 New York, NY 10007 | | H | | | | X | | 7,500.00 |
| Account No. | | | | 2012 Business Debt | | | | |
| Dept of Health Services 3500 Sunrise Highway Suite 124 P.O. Box 9006 Great River, NY 11739-9006 | | H | | | | X | | 1,060.00 |

Sheet no. __10__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,190.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**　　　　　　　　　　　　　Case No. _____
　　　　**Roxanne Passarelli**
　　　　_____,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ER No: 50-30537 3** | | | | | **2013**<br>**Business Debt** | | | | |
| **Dept of Taxation & Financ**<br>**Dept of Labor**<br>**PO Box 15012**<br>**Albany, NY 12212-5012** | | H | | | | | X | | 2,386.97 |
| Account No. | | | | | **2012**<br>**Business Debt** | | | | |
| **Dessert Service, Inc.**<br>**405 Minnisink Road**<br>**Totowa, NJ 07512** | | H | | | | | X | | 134.14 |
| Account No. **45820782** | | | | | **2012**<br>**Business Debt** | | | | |
| **DIRECTV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060-0036** | | H | | | | | X | | 561.00 |
| Account No. | | | | | **2012**<br>**Business Debt** | | | | |
| **Dolce Amore & NY Gelato**<br>**37 Grand Avenue**<br>**Brooklyn, NY 11205** | | H | | | | | X | | 312.80 |
| Account No. | | | | | **2012**<br>**Business Debt** | | | | |
| **Dynamic Balancing Service**<br>**264 Wabash Avenue**<br>**Paterson, NJ 07503-1612** | | H | | | | | X | | 544.38 |

Sheet no. __11__ of __37__ sheets attached to Schedule of　　　　　　　　Subtotal　　　| 3,939.29 |
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**                            Case No. _____
       **Roxanne Passarelli**

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2012 Business Debt | | | | |
| **Elo Realty** **42 West 48th Street** **New York, NY 10036** | | H | | | X | | **Unknown** |
| Account No. | | | 2012 Business Debt | | | | |
| **Empire Merchants, LLC** **16 Bridgewater Street** **Brooklyn, NY 11222-9964** | | H | | | X | | **Unknown** |
| Account No. | | | 2012 Business Debt | | | | |
| **Ferraro Foods** **287 S. Raldolphville Road** **Piscataway, NJ 08854** | | H | | | X | | **4,420.60** |
| Account No. | | | 2012 Business Debt | | | | |
| **Fine & Rare Collections,** **536 Main Street** **Armonk, NY 10504** | | H | | | X | | **2,056.00** |
| Account No. | | | 2012 Business Debt | | | | |
| **Flink & Associates** **555 5th Avenue** **14th Fl** **New York, NY 10017** | | H | | | X | | **19,171.71** |

Sheet no. __12__ of __37__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)      **25,648.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**                                                    Case No. _____
       **Roxanne Passarelli**

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2012 Business Debt | | | | |
| Frederick Wildman & Sons 311 53rd Street New York, NY 10022 | | H | | | | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | 2012 Business Debt | | | | |
| Frontier Wine Imports PO Box 357 Suffern, NY 10901 | | H | | | | X | | |
| | | | | | | | | **880.00** |
| Account No. | | | | 2012 Business Debt | | | | |
| Fruit of the Vines, Inc. 51-02 Vernon Blvd. 2nd Fl Long Island City, NY 11101 | | H | | | | X | | |
| | | | | | | | | **3,871.41** |
| Account No. | | | | 2012 Business Debt | | | | |
| Geoffrey A. Largas & Asso 630 Fifth Avenue SB#101 New York, NY 10111 | | H | | | | X | | |
| | | | | | | | | **384.81** |
| Account No. 745100065 | | | | 10/2011 Business Debt | | | | |
| Gold Coast Bank 2929 Expressway Drive Nor Suite 101 Islandia, NY 11749 | X | H | | | | X | | |
| | | | | | | | | **83,984.00** |

Sheet no. __**13**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**89,120.22**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**
    **Roxanne Passarelli**
    _____,
                                Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GRA-BAR Inc.** **102 Bond Street** **Westbury, NY 11590** | | H | **2012** **Business Debt** | | X | | **3,364.52** |
| Account No. **Guard Insurance** **Bershire Hathaway Guard** **PO Box A-H** **Wilkes Barre, PA 18703** | | H | **2012** **Business Debt** | | X | | **Unknown** |
| Account No. **Integrity Wines LLC** **116 West 23rd Street** **Room 500** **New York, NY 10011** | | H | **2012** **Business Debt** | | X | | **Unknown** |
| Account No. **J Kings** **700 Furrows Road** **Holtsville, NY 11742** | | H | **2012** **Business Debt** | | X | | **19,440.95** |
| Account No. **J Kings Food Service Prof** **700 Furrows Road** **Holtsville, NY 11742** | | H | **2012** **Business Debt** | | X | | **20,975.74** |

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**43,781.21**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**              Case No. _____
       **Roxanne Passarelli**

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | **2012**<br>**Business Debt** | | | | |
| **J.D.B. Market Corp.**<br>**D/B/A John's Market**<br>**25-20 50th Avenue**<br>**Long Island City, NY 11101** | | H | | | | X | | **16,031.27** |
| Account No. | | | | **2012**<br>**Business Debt** | | | | |
| **Jewel of India**<br>**C/O AZAD International**<br>**2 Daniel Road**<br>**Fairfield, NJ 07004** | | H | | | | X | | **Unknown** |
| Account No. | | | | **2006**<br>**Potential Cross-Claims from Business Debt** | | | | |
| **John Weston**<br>**355 Violet Street**<br>**Massapequa Park, NY 11762** | | H | | | | X | | **Unknown** |
| Account No. | | | | **2006**<br>**Potential Cross-Claims from Business Debt** | | | | |
| **Joseph Casavecchia**<br>**60 Roxen Road**<br>**Rockville Centre, NY 11570** | | H | | | | X | | **Unknown** |
| Account No. | | | | **2006**<br>**Potential Cross-Claims from Business Debt** | | | | |
| **Joseph Lavelle**<br>**264 Burlington Avenue**<br>**Deer Park, NY 11729** | | H | | | | X | | **Unknown** |

Sheet no. __**15**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                         (Total of this page)       **16,031.27**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leonard M Passarelli,**                                    Case No. _____
         **Roxanne Passarelli**

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2007 Potential Cross-Claims from Business Debt | | | | |
| Joseph Nestola 20 Cortelyou Road Merrick, NY 11566 | | H | | | | X | | | Unknown |
| Account No. | | | | | 2006 Potential Cross-Claims from Business Debt | | | | |
| Juan Carrera 1076 Hulls Highway Southport, CT 06890 | | H | | | | X | | | Unknown |
| Account No. | | | | | 2006 Potential Cross-Claims from Business Debt | | | | |
| Juan Lacroze 406 West Neck Road Huntington, NY 11743 | | H | | | | X | | | Unknown |
| Account No. | | | | | 2012 Business Debt | | | | |
| King Glassware Co, Inc. 112 Bowery New York, NY 10013 | | H | | | | X | | | 204.36 |
| Account No. | | | | | 2012 Business Debt | | | | |
| Kings Meat | | H | | | | X | | | 1,115.81 |

Sheet no. __16__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        1,320.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leonard M Passarelli,**
      **Roxanne Passarelli**
      Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kitchen Repair Specialist** <br> **1005 Church Street** <br> **Baldwin, NY 11510** | | H | **2012** <br> **Business Debt** | | X | | 3,811.34 |
| Account No. <br><br> **Kitchen Repair Specialist** <br> **1005 Church Street** <br> **Baldwin, NY 11510** | | H | **2012** <br> **Business Debt** | | X | | 1,607.00 |
| Account No. <br><br> **Lady M. Confections Co** <br> **43-42 10th Street** <br> **Long Island City, NY 11101-6925** | | H | **2012** <br> **Business Debt** | | X | | 928.00 |
| Account No. <br><br> **LIPA** <br> **PO Box 9039** <br> **Hicksville, NY 11802-9039** | | H | **2012** <br> **Business Debt** | | X | | 25,711.33 |
| Account No. <br><br> **Loretta Costalas** <br> **2534 Fox Dale Avenue** <br> **Oceanside, NY 11572** | | H | **2006** <br> **Potential Cross-Claims from Business Debt** | | X | | Unknown |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims
                     Subtotal
            (Total of this page)
       32,057.67

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**
    **Roxanne Passarelli**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Luis Vargas** <br> **52-30 39th Drive** <br> **Woodside, NY 11377** | | H | **2006** <br> **Potential Cross-Claims from Business Debt** | | X | | **Unknown** |
| Account No. <br><br> **M. Slavin & Sons Fish** <br> **800 Food Center Drive** <br> **Unit 66** <br> **Bronx, NY 10474** | | H | **2012** <br> **Business Debt** | | X | | **1,000.00** |
| Account No. <br><br> **Main Street Meats** <br> **210 Main Street** <br> **Farmingdale, NY 11735** | | H | **2012** <br> **Business Debt** | | X | | **Unknown** |
| Account No. <br><br> **Manhattan Beer Distrib** <br> **PO Box 27458** <br> **New York, NY 10087** | | H | **2012** <br> **Business Debt** | | X | | **Unknown** |
| Account No. <br><br> **Marie Tropiano** <br> **3 Julia Drive** <br> **Dix Hills, NY 11746** | | H | **2006** <br> **Potential Cross-Claims from Business Debt** | | X | | **Unknown** |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**
 **Roxanne Passarelli**
_____,
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2012 Business Debt | | | | |
| **Marlin Leasing**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | | H | | | | X | | **Unknown** |
| Account No. | | | | 2012 Business Debt | | | | |
| **Martin I Gold**<br>**555 Fifth Avenue**<br>**New York, NY 10017** | | H | | | | X | | **4,000.00** |
| Account No. | | | | 2012 Business Debt | | | | |
| **Master Purveyors**<br>**355 Food Center**<br>**Bronx, NY 10474** | | H | | | | X | | **29,251.79** |
| Account No. | | | | 2012 Business Debt | | | | |
| **Master Purveyors Inc**<br>**Hunts Point Co-Op Market**<br>**Bldg B-14**<br>**Bronx, NY 10474** | | H | | | | X | | **71,704.38** |
| Account No. | | | | 2012 Business Debt | | | | |
| **Meat without Feet**<br>**800 Food Center Drive**<br>**Bronx, NY 10474** | | H | | | | X | | **Unknown** |

Sheet no. __**19**__ of __**37**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**104,956.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leonard M Passarelli,**
      **Roxanne Passarelli**                           Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2012 Business Debt | | | | |
| **MHW LTD**<br>**1129 Northern Blvs.**<br>**Suite 410**<br>**Manhasset, NY 11030** | | H | | | X | | 3,150.00 |
| Account No. | | | 2012 Business Debt | | | | |
| **Millenium III Leasing Co.**<br>**C/O Cynthia Attard, Esq.**<br>**475 Main Street**<br>**Suite 1F**<br>**Farmingdale, NY 11735** | | H | | | X | | 1,344.16 |
| Account No. | | | 2012 Business Debt | | | | |
| **Milton Abeles, Inc.**<br>**PO Box 369**<br>**Roslyn, NY 11576** | | H | | | X | | Unknown |
| Account No. | | | 2012 Business Debt | | | | |
| **Modern Luxury Media**<br>**PO Box 512808**<br>**Los Angeles, CA 90051-0808** | | H | | | X | | 1,276.00 |
| Account No. | | | 2012 Business Debt | | | | |
| **Monsieur Touton Selection**<br>**129 W. 27th Street**<br>**Suite 9B**<br>**New York, NY 10001** | | H | | | X | | Unknown |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                           (Total of this page)     **5,770.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**
       **Roxanne Passarelli**
_____,
                                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2012 Business Debt | | | | |
| Monsieur Touton Selection 129 W. 27th Street Suite 9B New York, NY 10001 | | H | | | | | X | | 4,411.00 |
| Account No. | | | | | 2012 Business Debt | | | | |
| Mrs. Baking Distribution 18-25 127th Street College Point, NY 11356 | | H | | | | | X | | 1,521.62 |
| Account No. | | | | | 2012 Business Debt | | | | |
| Nastasi Mntc & Constr 50 Rockefeller Plaza New York, NY 10020 | | H | | | | | X | | 495.86 |
| Account No. | | | | | 2012 Business Debt | | | | |
| National Grid PO Box 9037 Hicksville, NY 11802-9037 | | H | | | | | X | | Unknown |
| Account No. | | | | | 2012 Business Debt | | | | |
| National Waste Services 1863 Harrison Avenue Bay Shore, NY 11706 | | H | | | | | X | | 1,344.28 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,772.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**
       **Roxanne Passarelli**                                          Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nella Bros., Inc.**<br>**65 Washington Avenue**<br>**Mineola, NY 11501** | | H | **2012**<br>**Business Debt** | | X | | 4,605.00 |
| Account No.<br><br>**New VJ Produce Corp.**<br>**PO Box 778394**<br>**Woodside, NY 11377** | | H | **2012**<br>**Business Debt** | | X | | 821.80 |
| Account No.<br><br>**New York Guest LLC**<br>**1560 Broadway**<br>**Suite 812**<br>**New York, NY 10036** | | H | **2012**<br>**Business Debt** | | X | | 285.00 |
| Account No.<br><br>**Nightingale Landscapes**<br>**PO Box 130**<br>**Deer Park, NY 11729** | | H | **2012**<br>**Business Debt** | | X | | 6,539.00 |
| Account No. 1515434/19<br><br>**NSLIJ Dept of Pediatrics**<br>**PO Box 5067**<br>**New York, NY 10087-5067** | | J | **12/2012**<br>**Medical Debt** | | | | 435.00 |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,685.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**
       **Roxanne Passarelli**
                                                                              Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NYC Dept of Finance<br>PO Box 5140<br>Kingston, NY 12402-5040** | | H | **Business Debt** | | X | | <br><br><br>**Unknown** |
| Account No.<br><br>**NYC Dept of Health & Hyg<br>125 Worth St<br>New York, NY 10013** | | H | **Business Debt** | | X | | <br><br><br>**Unknown** |
| Account No.<br><br>**NYC Venue Guide<br>C/O EMRG<br>1182 Broadway<br>Suite 903<br>New York, NY 10001** | | H | **2012<br>Business Debt** | | X | | <br><br><br>**1,714.86** |
| Account No. **50-30537**<br><br>**NYS Unemployment<br>PO Box 4301<br>Binghamton, NY 13902-4301** | | H | **2013<br>Business Debt** | | X | | <br><br><br>**683.34** |
| Account No. **1716992**<br><br>**NYS Worker's Compensation<br>Finance Office, Assessmen<br>328 State Street<br>Room 331<br>Schenectady, NY 12305** | | H | **Business Debt** | | X | | <br><br><br>**96,000.00** |

Sheet no. __**23**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**98,398.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leonard M Passarelli,**
　　　　**Roxanne Passarelli**                                                                    Case No. _____

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ocean Seafood Distributor** 196-208 Emmet Street Newark, NJ 07114 | | H | **2012 Business Debt** | X | | | 1,855.35 |
| Account No. **On Hold Marketing Commun** 48 Fox Chase Lane Studio B Ledgewood, NJ 07852 | | H | **2012 Business Debt** | X | | | 1,632.00 |
| Account No. **One Stop Rest Supply Corp** 807 Washington Street New York, NY 10014 | | H | **2012 Business Debt** | X | | | 1,603.38 |
| Account No. **OPICI Wine Co** 25 Deboer Drive Glen Rock, NJ 07452 | | H | **2012 Business Debt** | X | | | Unknown |
| Account No. **Orwashers Bakery** 308 East 78th Street New York, NY 10075 | | H | **2012 Business Debt** | X | | | Unknown |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,090.73**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**
**Roxanne Passarelli**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Pat LaFrieda** **3701 Tonnelle Avenue** **North Bergen, NJ 07047** | | H | | 2012 Business Debt | | X | | 5,790.62 |
| Account No. **Patrick Lavelle** **49 Sunset Drive** **Sayville, NY 11782** | | H | | 2006 Potential Cross-Claims from Business Debt | | X | | Unknown |
| Account No. **Patrick Sweeney** **350 Merrick Avenue** **Rockville Centre, NY 11570** | | H | | 2006 Potential Cross-Claims from Business Debt | | X | | Unknown |
| Account No. **Petrossian Distributing** **419 W. 13th Street** **New York, NY 10014** | | H | | 2012 Business Debt | | X | | Unknown |
| Account No. **Polar Bear of NY** **2644 North Jerusalem Road** **Bellmore, NY 11710** | | H | | 2012 Business Debt | | X | | 458.00 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,248.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leonard M Passarelli,**
      **Roxanne Passarelli**                                 Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Polar Bear of NY**<br>**2644 North Jerusalem Road**<br>**Bellmore, NY 11710** | | H | | **2012**<br>**Business Debt** | | X | | **606.00** |
| Account No.<br><br>**Premium Supply Comp**<br>**960 Grand Blvd.**<br>**Deer Park, NY 11729** | | H | | **2012**<br>**Business Debt** | | X | | **Unknown** |
| Account No.<br><br>**Pride Cafe Systems**<br>**158 Brook Avenue**<br>**Deer Park, NY 11729** | | H | | **2012**<br>**Business Debt** | | X | | **500.00** |
| Account No.<br><br>**Prime Food Distributors**<br>**80 Seaview Blvd,**<br>**Port Washington, NY 11050** | | H | | **2012**<br>**Business Debt** | | X | | **12,843.72** |
| Account No.<br><br>**Prime Food Distributors**<br>**80 Seaview Blvd,**<br>**Port Washington, NY 11050** | | H | | **2012**<br>**Business Debt** | | X | | **24,469.07** |

Sheet no. __26__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal<br>(Total of this page)       **38,418.79**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**
    **Roxanne Passarelli**

Case No. _____

_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pro Cold Inc. 9114 Ditmas Brooklyn, NY 11236** | | H | **2012**<br>**Business Debt** | | X | | 378.34 |
| Account No.<br><br>**Professional Sports Publ 570 Elmont Road Dept 203 Elmont, NY 11003** | | H | **2012**<br>**Business Debt** | | X | | 1,750.00 |
| Account No.<br><br>**Raineri Fine Foods 278 Metroplitan Avenue Brooklyn, NY 11211** | | H | **2012**<br>**Business Debt** | | X | | Unknown |
| Account No.<br><br>**Ralph Velocci 349 Center Island Golden Beach, FL 33160** | | H | **2006**<br>**Potential Cross-Claims from Business Debt** | | X | | Unknown |
| Account No.<br><br>**Raphael 39390 Main Street PO Box 17 Peconic, NY 11958-0017** | | H | **2012**<br>**Business Debt** | | X | | 325.52 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,453.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leonard M Passarelli,**
       **Roxanne Passarelli**
                                        ,
                             Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**Raphael**<br>**39390 Main Street**<br>**PO Box 17**<br>**Peconic, NY 11958-0017** | | H | | | **2012**<br>**Business Debt** | | X | | **Unknown** |
| Account No.<br><br>**RCPI Landmark Properties,**<br>**PO Box 33173**<br>**Newark, NJ 07188-3173** | | H | | | **2012**<br>**Business Debt** | | X | | **Unknown** |
| Account No.<br><br>**Renalto Reali**<br>**7 Patri Court**<br>**Dix Hills, NY 11746** | | H | | | **Potential Cross-Claims from Business Debt** | | X | | **Unknown** |
| Account No.<br><br>**Reservation Genie**<br>**11002 Blossom Bell Drive**<br>**Austin, TX 78758** | | H | | | **2012**<br>**Business Debt** | | X | | **719.00** |
| Account No.<br><br>**Rewards Network**<br>**2 North Riverside Plaza**<br>**Suite 200**<br>**Chicago, IL 60606** | | H | | | **2012**<br>**Business Debt** | | X | | **Unknown** |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **719.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**                                                    Case No. _____
       **Roxanne Passarelli**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Richard Litvak** <br> **5 Hidden Spring Drive** <br> **Weston, CT 06883** | | H | **2006** <br> **Potential Cross-Claims from Business Debt** | | X | | **Unknown** |
| Account No. <br><br> **Richard Mourry** <br> **167 E. 61st Street** <br> **New York, NY 10021** | | H | **2006** <br> **Potential Cross-Claims from Business Debt** | | X | | **Unknown** |
| Account No. <br><br> **Robert Trotta** <br> **3323 Elliott Blvd.** <br> **Oceanside, NY 11572** | | H | **2006** <br> **Potential Cross-Claims from Business Debt** | | X | | **Unknown** |
| Account No. <br><br> **Rodolphe Siffredi** <br> **225 East 63rd Street** <br> **Apt LF** <br> **New York, NY 10065** | | H | **2006** <br> **Potential Cross-Claims from Business Debt** | | X | | **Unknown** |
| Account No. <br><br> **S&S Grinding Services, In** <br> **PO Box 824** <br> **Fort Lee, NJ 07024** | | H | **2012** <br> **Business Debt** | | X | | **1,738.41** |

Sheet no. __29__ of __37__ sheets attached to Schedule of                      Subtotal         | **1,738.41** |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Leonard M Passarelli,**                Case No. _____
         **Roxanne Passarelli**

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Safeway Secrity Systems** **2387 Ocean Avenue** **Brooklyn, NY 11229** | | H | **2012** **Business Debt** | | X | | 307.69 |
| Account No. **Sam Tell & Son, Inc** **300 Smith Street** **Farmingdale, NY 11735** | | H | **2012** **Business Debt** | | X | | 17,253.20 |
| Account No. **Sam Tell & Son, Inc** **300 Smith Street** **Farmingdale, NY 11735** | | H | **2012** **Business Debt** | | X | | 16,667.16 |
| Account No. **Sea Breeze Coffee & Tea** **PO Box 20442** **Bradenton, FL 34204-0442** | | H | **2012** **Business Debt** | | X | | 271.72 |
| Account No. **Sea Crest Linen Supply Co** **PO Box 102** **Brooklyn, NY 11225-1804** | | H | **2012** **Business Debt** | | X | | 22,087.99 |

Sheet no. __30__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **56,587.76**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**    Case No. _____
**Roxanne Passarelli**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 2012 Business Debt | | | | |
| Selignon Rothman & Rothma 29 West Thirtieth Street 10th Fl New York, NY 10001-4461 | | H | | | | | X | | 4,650.00 |
| Account No. | | | | | 2006 Potential Cross-Claims from Business Debt | | | | |
| Sheila Sweeney 102-55 67th Drive Forest Hills, NY 11375 | | H | | | | | X | | Unknown |
| Account No. | | | | | 2012 Business Debt | | | | |
| Sid Wainer & Son 2301 Purchase St New Bedford, MA 02740 | | H | | | | | X | | 9,536.14 |
| Account No. | | | | | 2012 Business Debt | | | | |
| SJ Grillo, CPA 420 Jericho Tpke Jericho, NY 11753 | | H | | | | | X | | 475.00 |
| Account No. | | | | | 2012 Business Debt | | | | |
| SJ Grillo, CPA 420 Jericho Tpke Jericho, NY 11753 | | H | | | | | X | | 16,850.00 |

Sheet no. __31__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **31,511.14**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leonard M Passarelli,**
       **Roxanne Passarelli**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**SK Complete Landscaping**<br>**66 Wells Road**<br>**Greenlawn, NY 11740** | | H | | **2012**<br>**Business Debt** | | X | | **Unknown** |
| Account No. <br><br>**Southern Wine & Spirits**<br>**PO Box 9034**<br>**Syosset, NY 11791** | | H | | **2012**<br>**Business Debt** | | X | | **2,342.33** |
| Account No. <br><br>**Southern Wine & Spirits**<br>**PO Box 9034**<br>**Syosset, NY 11791** | | H | | **2012**<br>**Business Debt** | | X | | **534.46** |
| Account No. <br><br>**Standard Enterprises, Inc**<br>**16 Shortridge Drive**<br>**Mineola, NY 11501** | | H | | **2012**<br>**Business Debt** | | X | | **210.00** |
| Account No. <br><br>**Standard Group**<br>**57 West 48th Street**<br>**New York, NY 10020** | | H | | **2012**<br>**Business Debt** | | X | | **2,000.00** |

Sheet no. __32__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,086.79**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**
     **Roxanne Passarelli**                                         Case No. _____
                                                            ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | **2011-2012 Business Debt** | | | | |
| **Strategic Funding** **1501 Broadway** **New York, NY 10036** | | H | | | | X | | **Unknown** |
| Account No. | | | | **2012 Business Debt** | | | | |
| **Suffolk County Water Auth** **2045 Route 112** **Suite 5** **Coram, NY 11727** | | H | | | | X | | **350.26** |
| Account No. | | | | **2012 Business Debt** | | | | |
| **SYSCO** **PO Box 2000** **Jersey City, NJ 07303-2000** | | H | | | | X | | **22,276.19** |
| Account No. | | | | **2012 Business Debt** | | | | |
| **Systematic Supplied** **PO Box 431** **Hillsdale, NJ 07642** | | H | | | | X | | **577.04** |
| Account No. | | | | **2012 Business Debt** | | | | |
| **Teresa O. Malihan** **68 E. 93rd Road** **New York, NY 10128** | | H | | | | X | | **Unknown** |

Sheet no. __33__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **23,203.49**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**
　　　**Roxanne Passarelli**
_____,
　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thomas Carroll**<br>**67 Valley Road**<br>**Manhasset, NY 11030** | | H | **2005**<br>**Potential Cross-Claims from Business Debt** | | X | | Unknown |
| Account No.<br><br>**Toni Ann Albanese**<br>**11 Mount Holly Drive**<br>**Rye, NY 10580** | | H | **2005**<br>**Potential Cross-Claims from Business Debt** | | X | | Unknown |
| Account No.<br><br>**Town of Smithtown Solid W**<br>**99 W Main Street**<br>**Smithtown, NY 11787** | | H | **2012**<br>**Business Debt** | | X | | 1,860.81 |
| Account No.<br><br>**Tri State Linen**<br>**135 North Route 9W**<br>**Congers, NY 10920** | | H | **2012**<br>**Business Debt** | | X | | Unknown |
| Account No. **Invoice # 36364**<br><br>**Tsunis Gasparis Lustig**<br>**The Metlife Bldg**<br>**2929 Expressway Drive Nor**<br>**Islandia, NY 11749** | | H | **2012**<br>**Business Debt** | | X | | 18,835.72 |

Sheet no. __**34**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,696.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leonard M Passarelli,**
         **Roxanne Passarelli**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2012 Business Debt | | | | |
| US Foods 1051 Amboy Avenue Perth Amboy, NJ 08861 | | H | | | | X | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | 2012 Business Debt | | | | |
| Verde Custom Flowers 11 Bruckner Blvd. Bronx, NY 10454 | | H | | | | X | | |
| | | | | | | | | **2,830.76** |
| Account No. | | | | 2012 Business Debt | | | | |
| Verity Wine Partners PO Box 1826 New York, NY 10156 | | H | | | | X | | |
| | | | | | | | | **1,344.00** |
| Account No. | | | | 2012 Business Debt | | | | |
| VIAS Imports 875 6th Avenue Suite 2200 New York, NY 10001 | | H | | | | X | | |
| | | | | | | | | **2,098.00** |
| Account No. | | | | 2006 Potential Cross-Claims from Business Debt | | | | |
| Vincent Kenney 39b Hamilton Avenue Weehawken, NJ 07086 | | H | | | | X | | |
| | | | | | | | | **Unknown** |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,272.76**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leonard M Passarelli,**
     **Roxanne Passarelli**

Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vis Industries**<br>**38-17 54th Street**<br>**Woodside, NY 11377** | | H | **2012**<br>**Business Debt** | | X | | **Unknown** |
| Account No. **4.46542E+11**<br><br>**Wells Fargo**<br>**Credit Bureau Disp Po Box 14517**<br>**Des Moines, IA 50306** | | J | **Opened  1/18/11  Last Active  5/01/13**<br>**Credit Card** | | | | **19,323.00** |
| Account No.<br><br>**Wells Fargo Bank**<br>**PO Box 54780**<br>**Los Angeles, CA 90054-0780** | | H | **2012**<br>**Business Debt** | | X | | **Unknown** |
| Account No.<br><br>**Werner Boys**<br>**405 Lake Avenue**<br>**Saint James, NY 11780** | | H | **2012**<br>**Business Debt** | | X | | **1,300.00** |
| Account No.<br><br>**Wild Edibles**<br>**535 3rd Avenue**<br>**New York, NY 10016** | | H | **2012**<br>**Business Debt** | | X | | **Unknown** |

Sheet no. __**36**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,623.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Leonard M Passarelli,**
    **Roxanne Passarelli**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2012 **Business Debt** | | | | |
| **Winebow** **PO Box 416636** **Boston, MA 02241-6636** | | H | | | X | | 20.00 |
| Account No. | | | 2012 **Business Debt** | | | | |
| **Wines & Beyond Import** **1 Civic Center Plaza** **Suite 305** **Poughkeepsie, NY 12601** | | H | | | X | | 2,801.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __37__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,821.00**

Total
(Report on Summary of Schedules)    **1,036,410.61**

B6G (Official Form 6G) (12/07)

.

In re    **Leonard M Passarelli,**                 Case No. _____
        **Roxanne Passarelli**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Vw Credit Inc**<br>**1401 Franklin Blvd**<br>**Libertyville, IL 60048** | **Car Loan** |
| **Vw Credit Inc**<br>**1401 Franklin Blvd**<br>**Libertyville, IL 60048** | **Car Loan** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Leonard M Passarelli,**                                                    Case No. _____
       **Roxanne Passarelli**

_____,
                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Claire Velocci**<br>**15 Juliet Circle**<br>**Dix Hills, NY 11746** | **Bearing Circle Enhanced**<br>**40 Wall Street**<br>**New York, NY 10005** |
| **Joseph Lavelle**<br>**264 Burlington Avenue**<br>**Deer Park, NY 11729** | **Gold Coast Bank**<br>**2929 Expressway Drive Nor**<br>**Suite 101**<br>**Islandia, NY 11749** |
| **Joseph Nestola**<br>**20 Cortelyou Road**<br>**Merrick, NY 11566** | **Gold Coast Bank**<br>**2929 Expressway Drive Nor**<br>**Suite 101**<br>**Islandia, NY 11749** |
| **Joseph Nestola**<br>**20 Cortelyou Road**<br>**Merrick, NY 11566** | **Bearing Circle Enhanced**<br>**40 Wall Street**<br>**New York, NY 10005** |
| **Ronato Reali**<br>**7 Patri Court**<br>**Dix Hills, NY 11746** | **Bearing Circle Enhanced**<br>**40 Wall Street**<br>**New York, NY 10005** |
| **Toni Ann Albanese**<br>**11 Mount Holly Drive**<br>**Rye, NY 10580** | **Gold Coast Bank**<br>**2929 Expressway Drive Nor**<br>**Suite 101**<br>**Islandia, NY 11749** |
| **Toni Ann Albanese**<br>**11 Mount Holly Drive**<br>**Rye, NY 10580** | **Bearing Circle Enhanced**<br>**40 Wall Street**<br>**New York, NY 10005** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Leonard M Passarelli** |
| Debtor 2 (Spouse, if filing) | **Roxanne Passarelli** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income                                              12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status* | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Manager** | **Dental Hygienist** |
| | Employer's name | **Herbert Street LLC** | **Jurim Dental Group** |
| | Employer's address | **D/B/A Bobby Vans Steakhouse 131 East 54th Street New York, NY 10022** | **7952 Jericho Turnpike Woodbury, NY 11797** |
| | How long employed there? | **4 months** | **1.5 years** |

*See Attachment for Additional Employment Information

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,333.33** | $ **4,949.64** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **4,333.33** | $ **4,949.64** |

Debtor 1  **Leonard M Passarelli**
Debtor 2  **Roxanne Passarelli**

Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 4,333.33 | $ 4,949.64 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 800.76 | $ 701.74 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 800.76 | $ 701.74 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,532.57 | $ 4,247.90 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,532.57 + $ 4,247.90 | = $ 7,780.47 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. $ 7,780.47

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: _____

| Debtor 1 | **Leonard M Passarelli** |
|---|---|
| Debtor 2 | **Roxanne Passarelli** |

Case number (*if known*) _____

# Official Form B 6I
## Attachment for Additional Employment Information

| Spouse | |
|---|---|
| Occupation | **Dental Hygienist** |
| Name of Employer | **Dr. David Rubin DDS** |
| How long employed | **11 yrs** |
| Address of Employer | **1097 Old Country Road** |
| | **Plainview, NY 11803** |

Fill in this information to identify your case:

Debtor 1            **Leonard M Passarelli**

Debtor 2            **Roxanne Passarelli**
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

# Official Form B 6J
# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and    ☐ Yes. Fill out this information for
   Debtor 2.                    each dependent............

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Son** | **15** | ☐ No ■ Yes |
| | **Daughter** | **23** | ■ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include**          ■ No
   **expenses of people other than**     ☐ Yes
   **yourself and your dependents?**

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

|  | | Your expenses |
|---|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments    4. $            0.00
   and any rent for the ground or lot.

   **If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 163.42 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 125.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1   **Leonard M Passarelli**

Debtor 2   **Roxanne Passarelli**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **457.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **55.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **265.00** |
| | 6d. | Other. Specify: _____ | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **500.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **50.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **105.00** |
| 10. | **Personal care products and services** | | 10. $ | **250.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **265.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **75.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **250.00** |
| | 15c. | Vehicle insurance | 15c. $ | **472.64** |
| | 15d. | Other insurance. Specify: **Umbrella** | 15d. $ | **143.33** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: _____ | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **446.40** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **431.18** |
| | 17c. | Other. Specify: _____ | 17c. $ | **0.00** |
| | 17d. | Other. Specify: _____ | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income*.** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **200.00** |
| | Specify: **1/2 of Daughter's rent at college** | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: _____ | | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | **4,453.97** |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | **7,780.47** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **4,453.97** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **3,326.50** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes. Explain: **Intending to enter in to a Loan Modification on 1st Mortgage and on Home Equity and including Real Estate taxes approx $3,300.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Leonard M Passarelli**
       **Roxanne Passarelli**

Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **56**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 13, 2013**           Signature    **/s/ Leonard M Passarelli**
                                                    **Leonard M Passarelli**
                                                    Debtor

Date   **December 13, 2013**           Signature    **/s/ Roxanne Passarelli**
                                                    **Roxanne Passarelli**
                                                    Joint Debtor

      *Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of New York

In re    Leonard M Passarelli
     Roxanne Passarelli             Case No. _____

                        Debtor(s)           Chapter     **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$62,649.71** | **2013 YTD: Both Employment Income** |
| **$75,455.00** | **2012: Both Employment Income** |
| **$186,712.00** | **2011: Both Employment Income** |

---

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Andrew Duane vs. Leonard M Passarelli 57 W 48 Street Restaurant Corp A.J. Maxwell's Index #:06827/12** | **Collection** | **Suffolk County Supreme Court** | **Judgment** |
| **Prime Food Distributors vs. 4248 Street Restaurant Corp, D/B/A A.J. Maxwell's and Eighty8 Rest Corp. D/B/A Grill 454 and Leonard M Passarelli Index No: 601654/13** | **Collection** | **Nassau County Supreme Court** | **Pending** |
| **RCPI Landmark Properties LLC vs. 57 W 48 Street Restaurant Corp D/B/A A.J. Maxwell's Steakhouse Index No: L&T 058973/12** | **Collection** | **New York County Civil Court** | **Judgment** |
| **J.D.B Market Corp D/B/A John's Market vs. 57 W 48 Street Restaurant Corp, D/B/A A.J. Maxwell's and 4248 Rest Corp D/B/A A.J. Maxwell's and Leonard M Passarelli Index No: 653168/13** | **Collection** | **New York County Supreme Court** | **Pending** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express Bank FSB vs. Leonard M Passarelli, individually and D/B/A A.J. Maxwell's Index No.:157116/13** | **Collection** | **New York County Supreme Court** | **Pending** |
| **Dairyland USA Corp vs. 42 West 48th Street LP D/B/A 42 West and Leonard  Passarelli Index No.: 019271/13** | **Collection** | **New York County Civil Court** | **Pending** |
| **K. Kings Food Service Professionals, Inc. vs. Leonard M Passarelli Index No.: 3425/13** | **Collection** | **Suffolk County Supreme Court** | **Judgment** |
| **Wells Fargo Bank NA vs. Leonard M Passarelli & Roxanne PassarelliIndex No.: 062277/2013** | **Foreclosure** | **Suffolk County Supreme Court** | **Pending** |
| **Millenium III Leasing vs. Eighty8 Rest Corp. D/B/A Grill 454, Leonard Passarelli, individually, et al Index No.:CV-044819-13** | **Collection** | **Kings County Civil Court** | **Pending** |
| **Smithtown Venture LLC vs. Eighty8 Rest Corp. d/b/a A.J. Maxwell's Index No.: LT-000302-12/SM** | **Collection** | **Suffolk County District Court - 4th District** | **Dismissed** |
| **Chesapeake Seafood & Crab Corp vs. Eighty8 Rest Corp. D/B/A Grill 454 Index No.: CC-000276-12/HU** | **Collection** | **Suffolk County District Court - 3rd District** | **Dismissed** |
| **JDB Market Corp D/B/A John's Market vs. 57 W 48 Street Restaurant Corp D/B/A A.J. Maxwell's Steakhouse Index No.: CV-036174-12/KI** | **Collection** | **Kings County Civil Court** | **Pending** |
| **Ferraro Foods, Inc. vs. 57 W 48 Street Restaurant Corp Index No.: 000633/2013** | **Collection** | **Saratoga Civil Supreme** | **Dismissed** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Andrew Duane C/O Elias C Schwartz, Esq 343 Great Neck Road Great Neck, NY 11021** | **12/2013** | **Judgment on Real Property** |

### 5.  Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Carlinsky, Dunn & Pasquariello, Pllc. 8 Duffy Avenue Hicksville, NY 11801** | **November 2013** | **$3,500.00** |

**10. Other transfers**

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

| None ■ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
| --- | --- |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

| None ☐ | List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Grace Financial Group C/O Apex Clearing Corp 1700 Pacific Avenue Dallas, TX 75201** | **Investment Acc #962-00148-12** | **September 2013** |
| **Gold Coast Bank 2929 Expressway Drive Nor Suite 101 Islandia, NY 11749** | **Business Account for 4248 Rest Corp. Accc# 1201005772 and 1201006580** | **2013** |
| **TD Bank** | **Business Account for 4248 Rest Corp. Acc#4278057570** | **2013** |
| **Gold Coast Bank 2929 Expressway Drive Nor Suite 101 Islandia, NY 11749** | **Business Account for Eighty8 Rest Corp Acc#1201005244** | **2013** |
| **JP Morgan Chase Legal Dep 1985 Marcus Avenue NY2-M352 New Hyde Park, NY 11042** | **Business Account for 57W48th Street Corp Acc# 00990000155465 and 754401594** | **2013** |

---

**12. Safe deposit boxes**

| None ■ | List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

| None ■ | List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

| None ■ | List all property owned by another person that the debtor holds or controls. |
| --- | --- |

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)

7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **4248 Rest Corp.** | 90-0741265 | **42 West 48th Street New York, NY 10036** | **Restaurant** | **1/2012 - 7/2012** |
| **Eighty8 Rest Corp** | 80-0739622 | **88 Veterans Memorial Highway Commack, NY 11725** | **Restaurant** | **12/2011-12/2012** |
| **57 W 48 Street Resaurant Corp.** | 14-1930903 | **C/O Robert Fink 555 5th Avenue New York, NY 10017** | **Restaurant** | **04/2006-09/2012** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                               ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                               DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)
8

| NAME | ADDRESS |
|------|---------|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

---

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|-------------------------------------------------------|

B7 (Official Form 7) (04/13)
9

| | 24. Tax Consolidation Group. |
|---|---|
| None<br>■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

| | 25. Pension Funds. |
|---|---|
| None<br>■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 13, 2013**            Signature  **/s/ Leonard M Passarelli**
                                                  **Leonard M Passarelli**
                                                  Debtor


Date  **December 13, 2013**            Signature  **/s/ Roxanne Passarelli**
                                                  **Roxanne Passarelli**
                                                  Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of New York

In re   **Leonard M Passarelli**
        **Roxanne Passarelli**
                                    Debtor(s)

Case No. _____

Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>Vw Credit Inc | **Describe Property Securing Debt:**<br>**Volkswagon**<br>**2010 Golf 80,000 Miles**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** |
|---|---|

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>Vw Credit Inc | **Describe Property Securing Debt:**<br>**2008 Audi A5**<br>**Approx 66,992 Miles**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** |
|---|---|

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Hm Mortgag** | **Describe Property Securing Debt:**<br>**Location: 1 Hickory Hill Road, Dix Hills NY 11746** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **December 13, 2013**          Signature   **/s/ Leonard M Passarelli**
                                                           **Leonard M Passarelli**
                                                           Debtor

Date   **December 13, 2013**          Signature   **/s/ Roxanne Passarelli**
                                                             **Roxanne Passarelli**
                                                           Joint Debtor

# United States Bankruptcy Court
### Eastern District of New York

In re    **Leonard M Passarelli**
       **Roxanne Passarelli**                       Case No. _____

                                     Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **3,500.00** |
   | Prior to the filing of this statement I have received | $ | **3,500.00** |
   | Balance Due | $ | **0.00** |

2.   $ __**306.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __**December 13, 2013**__                **/s/ Mitchell J. Carlinsky**
                                              **Mitchell J. Carlinsky MC7435**
                                              **Carlinsky, Dunn & Pasquariello, Pllc.**
                                              **8 Duffy Avenue**
                                              **Hicksville, NY 11801**
                                              **516-622-0099  Fax: 516-622-9280**
                                              **hicksville@cdplawyers.com**

**United States Bankruptcy Court**

**Eastern District of New York**

In re   **Leonard M Passarelli**
     **Roxanne Passarelli**                                  Case No. _____

                                           Debtor(s)             Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **December 13, 2013** _____      **/s/ Leonard M Passarelli** _____
                                               **Leonard M Passarelli**
                                               Signature of Debtor

Date:    **December 13, 2013** _____      **/s/ Roxanne Passarelli** _____
                                               **Roxanne Passarelli**
                                               Signature of Debtor

Date:    **December 13, 2013** _____      **/s/ Mitchell J. Carlinsky** _____
                                               Signature of Attorney
                                               **Mitchell J. Carlinsky MC7435**
                                               **Carlinsky, Dunn & Pasquariello, Pllc.**
                                               **8 Duffy Avenue**
                                               **Hicksville, NY 11801**
                                               **516-622-0099   Fax: 516-622-9280**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Ace Endigo
80 International Blvd
Brewster, NY 10509


Active Fire Control
5-16 47th Ave
Long Island City, NY 11101


ADP
1 ADP Blvd
Roseland, NJ 07068


Alexander Keller
Balaton Construction
1514 East 22nd Street
Brooklyn, NY 11210


American Express
Po Box 297871
Fort Lauderdale, FL 33329


American Express Legal
PO Box 278
Ramsey, NJ 07446


American Importing/Export
1124 Industrial Parkway
Brick, NJ 08724


Andrea Doria Gourmet
2415 45th Street
Astoria, NY 11103


Andrew Duane
C/O Elias C Schwartz, Esq
343 Great Neck Road
Great Neck, NY 11021


Anhueser-Bush
550 Food Center Drive
Bronx, NY 10474

Anthony Migliaccio, Jr.
Joshua J. Knurr, Esq.
200 Vesey Street
Mail Code 01-43-03
New York, NY 10285


Artic Glacier, Inc.
Payment Processing Center
1654 Marthaler Lane West
Saint Paul, MN 55118


Aubelia Oesman
380 Rector Place
Apt 10B
New York, NY 10280


Auto Chlor System
685 Gotham Parkway
Carlstadt, NJ 07072


B&S Distributing
38 Rose Lane
Staten Island, NY 10312


Bags on the Net
1401-3 Church Street
Bohemia, NY 11716


Bahn, Multer & Gold
555 Fifth Avenue
14th Fl
New York, NY 10017


Barclays Bank Delaware
125 S West St
Wilmington, DE 19801


Baron Francois
236 W. 26th St
#304
New York, NY 10001


Bearing Circle Enhanced
40 Wall Street
New York, NY 10005

Beehive Beer Distributing
37-88 Review Avenue
Long Island City, NY 11101

BK Fire Supression & Secu
826 Suffolk Avenue
Brentwood, NY 11717

BNP Distributing Co. Inc.
PO BOx 1606
Bayonne, NJ 07002

Boening Bros
1098 Route 109
Lindenhurst, NY 11757

Brian Sweeney
704 Hawick Court
Murrells Inlet, SC 29576

Brooks Litho Digital Grou
167 New Highway
Amityville, NY 11701

Bruce Humenik
66 Washington Street
New York, NY 10020

Budd-Morgan Central Alarm
PO Box 878
Bellmore, NY 11710

Bug Buster of LI
245 East 2nd Street
Deer Park, NY 11729

Card Service Center
PO Box 569100
Dallas, TX 75356-9100

Catalan Gourmet
1133 Broadway
Suite 1401
New York, NY 10010

Cataldo Grasso Architects
141 Karl Avenue
Smithtown, NY 11787


Cazanove Opici Corp
25 Deboer Drive
Glen Rock, NJ 07452


Ccb/J Jill
Po Box 182789
Columbus, OH 43218


Chase
Po Box 15298
Wilmington, DE 19850


Chase Card Services
PO Box 15153
Wilmington, DE 19886-5153


Cheif Fire Prevention
10 W. Broad Street
2nd fl
Mount Vernon, NY 10552


Chesapeake Seafood & Crab
366 North Broadway
Suite 410
Jericho, NY 11753


Christine Quinn
3 Croft Place
Huntington, NY 11743


City Guide Magazine
1440 Broadway
Suite 501
New York, NY 10018


Claire Velocci
15 Juliet Circle
Dix Hills, NY 11746

Clare Rose
100 Rose Executive Blvd.
East Yaphank, NY 11967


Classic Wines Inc.
52 Poplar Street
Stamford, CT 06907


Cleanse Tec
1000 Linwood Street
Brooklyn, NY 11208


Clear Beer Draft Systems
51 Fawn Lane West
South Setauket, NY 11720


Clinton Packing, LLC
801 New York Avenue
PO Box 8148
Union City, NJ 07087


CM&E Services, Inc.
70 Sheperd Street
Rockville Centre, NY 11570


Coca Cola Bottling of NY
PO Box 4108
Boston, MA 02211-4108


Cod Edison
JAF Station
PO Box 1702
New York, NY 10116-1702


Concept Group
43-50 11th Street
Suite 100
Long Island City, NY 11101


Costello Wines LLC
350 Fifth Avenue
Suite 7218
New York, NY 10118-7218

Cynthia Attard, Esq.
475 Main Street
Suite 1F
Farmingdale, NY 11735


Dairyland USA Corp
1300 Viele Avenue
Bronx, NY 10474


Damon DeSalvatore
11 Drake Lane
White Plains, NY 10607


Darren J. Epstein, Esq.
254 South Main Street
Suite 406
New City, NY 10956


Darren Jay Epstein, Esq.
254 Main Street
Suite 406
New City, NY 10956


David A. Kaminsky & Assoc
252 Broadway
Suite 504
New York, NY 10007


David A. Kaminsky & Assoc
325 Broadway
New York, NY 10007


Dept of Health Services
3500 Sunrise Highway
Suite 124
P.O. Box 9006
Great River, NY 11739-9006


Dept of Taxation & Financ
Dept of Labor
PO Box 15012
Albany, NY 12212-5012


Dessert Service, Inc.
405 Minnisink Road
Totowa, NJ 07512

DIRECTV
PO Box 60036
Los Angeles, CA 90060-0036


Dolce Amore & NY Gelato
37 Grand Avenue
Brooklyn, NY 11205


Dynamic Balancing Service
264 Wabash Avenue
Paterson, NJ 07503-1612


Elo Realty
42 West 48th Street
New York, NY 10036


Empire Merchants, LLC
16 Bridgewater Street
Brooklyn, NY 11222-9964


Ferraro Foods
287 S. Raldolphville Road
Piscataway, NJ 08854


Fine & Rare Collections,
536 Main Street
Armonk, NY 10504


Flink & Associates
555 5th Avenue
14th Fl
New York, NY 10017


Frederick Wildman & Sons
311 53rd Street
New York, NY 10022


Frontier Wine Imports
PO Box 357
Suffern, NY 10901


Fruit of the Vines, Inc.
51-02 Vernon Blvd.
2nd Fl
Long Island City, NY 11101

Geoffrey A. Largas & Asso
630 Fifth Avenue
SB#101
New York, NY 10111


Gold Coast Bank
2929 Expressway Drive Nor
Suite 101
Islandia, NY 11749


GRA-BAR Inc.
102 Bond Street
Westbury, NY 11590


Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166


Guard Insurance
Bershire Hathaway Guard
PO Box A-H
Wilkes Barre, PA 18703


Harry Block, Esq.
305 Madison Avenue
New York, NY 10165


Integrity Wines LLC
116 West 23rd Street
Room 500
New York, NY 10011


J Kings
700 Furrows Road
Holtsville, NY 11742


J Kings Food Service Prof
700 Furrows Road
Holtsville, NY 11742


J.D.B. Market Corp.
D/B/A John's Market
25-20 50th Avenue
Long Island City, NY 11101

Jewel of India
C/O AZAD International
2 Daniel Road
Fairfield, NJ 07004


John Weston
355 Violet Street
Massapequa Park, NY 11762


Joseph Casavecchia
60 Roxen Road
Rockville Centre, NY 11570


Joseph Kalinowski
JSK Partners of New York
40 Wall Street
28th Floor
New York, NY 10005


Joseph Lavelle
264 Burlington Avenue
Deer Park, NY 11729


Joseph Nestola
20 Cortelyou Road
Merrick, NY 11566


Juan Carrera
1076 Hulls Highway
Southport, CT 06890


Juan Lacroze
406 West Neck Road
Huntington, NY 11743


King Glassware Co, Inc.
112 Bowery
New York, NY 10013


Kings Meat


Kitchen Repair Specialist
1005 Church Street
Baldwin, NY 11510

Lady M. Confections Co
43-42 10th Street
Long Island City, NY 11101-6925


LIPA
PO Box 9039
Hicksville, NY 11802-9039


Loretta Costalas
2534 Fox Dale Avenue
Oceanside, NY 11572


Luis Vargas
52-30 39th Drive
Woodside, NY 11377


M. Slavin & Sons Fish
800 Food Center Drive
Unit 66
Bronx, NY 10474


Main Street Meats
210 Main Street
Farmingdale, NY 11735


Manhattan Beer Distrib
PO Box 27458
New York, NY 10087


Marie Tropiano
3 Julia Drive
Dix Hills, NY 11746


Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054


Martin I Gold
555 Fifth Avenue
New York, NY 10017


Master Purveyors
355 Food Center
Bronx, NY 10474

Master Purveyors Inc
Hunts Point Co-Op Market
Bldg B-14
Bronx, NY 10474


Meat without Feet
800 Food Center Drive
Bronx, NY 10474


MHW LTD
1129 Northern Blvs.
Suite 410
Manhasset, NY 11030


Millenium III Leasing Co.
C/O Cynthia Attard, Esq.
475 Main Street
Suite 1F
Farmingdale, NY 11735


Milton Abeles, Inc.
PO Box 369
Roslyn, NY 11576


Modern Luxury Media
PO Box 512808
Los Angeles, CA 90051-0808


Monsieur Touton Selection
129 W. 27th Street
Suite 9B
New York, NY 10001


Mrs. Baking Distribution
18-25 127th Street
College Point, NY 11356


Nastasi Mntc & Constr
50 Rockefeller Plaza
New York, NY 10020


National Grid
PO Box 9037
Hicksville, NY 11802-9037

National Waste Services
1863 Harrison Avenue
Bay Shore, NY 11706


Nella Bros., Inc.
65 Washington Avenue
Mineola, NY 11501


New VJ Produce Corp.
PO Box 778394
Woodside, NY 11377


New York Guest LLC
1560 Broadway
Suite 812
New York, NY 10036


Nightingale Landscapes
PO Box 130
Deer Park, NY 11729


NSLIJ Dept of Pediatrics
PO Box 5067
New York, NY 10087-5067


NYC Dept of Finance
PO Box 5140
Kingston, NY 12402-5040


NYC Dept of Health & Hyg
125 Worth St
New York, NY 10013


NYC Venue Guide
C/O EMRG
1182 Broadway
Suite 903
New York, NY 10001


NYS Dept of Taxation & Fi
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

NYS Sales Tax Processing
PO Box 15172
Albany, NY 12212-5172


NYS Unemployment
PO Box 4301
Binghamton, NY 13902-4301


NYS Worker's Compensation
Finance Office, Assessmen
328 State Street
Room 331
Schenectady, NY 12305


Ocean Seafood Distributor
196-208 Emmet Street
Newark, NJ 07114


On Hold Marketing Commun
48 Fox Chase Lane
Studio B
Ledgewood, NJ 07852


One Stop Rest Supply Corp
807 Washington Street
New York, NY 10014


OPICI Wine Co
25 Deboer Drive
Glen Rock, NJ 07452


Orwashers Bakery
308 East 78th Street
New York, NY 10075


Pat LaFrieda
3701 Tonnelle Avenue
North Bergen, NJ 07047


Patrick Lavelle
49 Sunset Drive
Sayville, NY 11782

Patrick Sweeney
350 Merrick Avenue
Rockville Centre, NY 11570


Petrossian Distributing
419 W. 13th Street
New York, NY 10014


Polar Bear of NY
2644 North Jerusalem Road
Bellmore, NY 11710


Premium Supply Comp
960 Grand Blvd.
Deer Park, NY 11729


Pride Cafe Systems
158 Brook Avenue
Deer Park, NY 11729


Primary Financial Service
3141 North Third Avenue
Suite C1
Phoenix, AZ 85013


Prime Food Distributors
80 Seaview Blvd,
Port Washington, NY 11050


Pro Cold Inc. 9114 Ditmas
Brooklyn, NY 11236


Professional Sports Publ
570 Elmont Road
Dept 203
Elmont, NY 11003


Raineri Fine Foods
278 Metroplitan Avenue
Brooklyn, NY 11211


Ralph Velocci
349 Center Island
Golden Beach, FL 33160

Raphael
39390 Main Street
PO Box 17
Peconic, NY 11958-0017


RCPI Landmark Properties,
PO Box 33173
Newark, NJ 07188-3173


Regional Claims Recovery
PO Box 417460
Boston, MA 02241-7460


Renalto Reali
7 Patri Court
Dix Hills, NY 11746


Reservation Genie
11002 Blossom Bell Drive
Austin, TX 78758


Rewards Network
2 North Riverside Plaza
Suite 200
Chicago, IL 60606


Richard Litvak
5 Hidden Spring Drive
Weston, CT 06883


Richard Mourry
167 E. 61st Street
New York, NY 10021


RMS
4836 Bracksville Road
Richfield, OH 44286


Robert Trotta
3323 Elliott Blvd.
Oceanside, NY 11572

Rodolphe Siffredi
225 East 63rd Street
Apt LF
New York, NY 10065


S&S Grinding Services, In
PO Box 824
Fort Lee, NJ 07024


Safeway Secrity Systems
2387 Ocean Avenue
Brooklyn, NY 11229


Sam Tell & Son, Inc
300 Smith Street
Farmingdale, NY 11735


Sea Breeze Coffee & Tea
PO Box 20442
Bradenton, FL 34204-0442


Sea Crest Linen Supply Co
PO Box 102
Brooklyn, NY 11225-1804


Selignon Rothman & Rothma
29 West Thirtieth Street
10th Fl
New York, NY 10001-4461


Sheila Sweeney
102-55 67th Drive
Forest Hills, NY 11375


Sid Wainer & Son
2301 Purchase St
New Bedford, MA 02740


SJ Grillo, CPA
420 Jericho Tpke
Jericho, NY 11753


SK Complete Landscaping
66 Wells Road
Greenlawn, NY 11740

Southern Wine & Spirits
PO Box 9034
Syosset, NY 11791


Standard Enterprises, Inc
16 Shortridge Drive
Mineola, NY 11501


Standard Group
57 West 48th Street
New York, NY 10020


Strategic Funding
1501 Broadway
New York, NY 10036


Suffolk County Sheriff
Vincent DeMarco
360 Yaphank Avenue
Suite 1A
Yaphank, NY 11980


Suffolk County Water Auth
2045 Route 112
Suite 5
Coram, NY 11727


SYSCO
PO Box 2000
Jersey City, NJ 07303-2000


Systematic Supplied
PO Box 431
Hillsdale, NJ 07642


Teresa O. Malihan
68 E. 93rd Road
New York, NY 10128


Thomas Carroll
67 Valley Road
Manhasset, NY 11030

Todd Falasco, Esq.
Frenkel Lambert et al
53 Gibson Street
Bay Shore, NY 11706


Toni Ann Albanese
11 Mount Holly Drive
Rye, NY 10580


Town of Smithtown Solid W
99 W Main Street
Smithtown, NY 11787


Tri State Linen
135 North Route 9W
Congers, NY 10920


Tsunis Gasparis Lustig
The Metlife Bldg
2929 Expressway Drive Nor
Islandia, NY 11749


US Foods
1051 Amboy Avenue
Perth Amboy, NJ 08861


Verde Custom Flowers
11 Bruckner Blvd.
Bronx, NY 10454


Verity Wine Partners
PO Box 1826
New York, NY 10156


VIAS Imports
875 6th Avenue
Suite 2200
New York, NY 10001


Vincent Kenney
39b Hamilton Avenue
Weehawken, NJ 07086

Vis Industries
38-17 54th Street
Woodside, NY 11377


Vw Credit Inc
1401 Franklin Blvd
Libertyville, IL 60048


Wells Fargo
Credit Bureau Disp Po Box 14517
Des Moines, IA 50306


Wells Fargo Bank
PO Box 54780
Los Angeles, CA 90054-0780


Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


Werner Boys
405 Lake Avenue
Saint James, NY 11780


Wild Edibles
535 3rd Avenue
New York, NY 10016


Winebow
PO Box 416636
Boston, MA 02241-6636


Wines & Beyond Import
1 Civic Center Plaza
Suite 305
Poughkeepsie, NY 12601


Worker's Comp Board
Bureau of Compliance
100 Broadway
Albany, NY 12241-0005

B22A (Official Form 22A) (Chapter 7) (04/13)

In re   **Leonard M Passarelli**
      **Roxanne Passarelli**
_____
           Debtor(s)

Case Number: _____
            (If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>          ☐ I remain on active duty /or/<br>          ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>          OR<br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $        2,666.67 | $        3,969.98 |

| | 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | |
|---|---|---|---|

| 4 | | Debtor | Spouse | | |
|---|---|---|---|---|---|
| | a. | Gross receipts | $        0.00 | $        0.00 | |
| | b. | Ordinary and necessary business expenses | $        0.00 | $        0.00 | |
| | c. | Business income | Subtract Line b from Line a | $        0.00 | $        0.00 |

| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |
|---|---|---|---|---|---|
| | | Debtor | Spouse | | |
| | a. Gross receipts | $        0.00 | $        0.00 | | |
| | b. Ordinary and necessary operating expenses | $        0.00 | $        0.00 | | |
| | c. Rent and other real property income | Subtract Line b from Line a | | $        0.00 | $        0.00 |

| 6 | **Interest, dividends, and royalties.** | $        0.00 | $        0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $        0.00 | $        0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $        0.00 | $        0.00 |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $        0.00   Spouse $        0.00 | $        0.00 | $        0.00 |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

| 10 | | Debtor | Spouse | | |
|---|---|---|---|---|---|
| | a. | | $ | $ | |
| | b. | | $ | $ | |
| | Total and enter on Line 10 | | | $        0.00 | $        0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $        2,666.67 | $        3,969.98 |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **6,636.65** |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **79,639.80** |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | |
| | a. Enter debtor's state of residence:          **NY**          b. Enter debtor's household size:          **4** | $ | **83,614.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ■ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

### Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ | |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |

| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| Total and enter on Line 17 | | $ |

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ | |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1  ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
<tr><td>34</td><td><b>Health Insurance, Disability Insurance, and Health Savings Account Expenses.</b>  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br><table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table><br>Total and enter on Line 34.<br><br><b>If you do not actually expend this total amount,</b> state your actual total average monthly expenditures in the space below:<br>$_____</td><td>$</td></tr>
<tr><td>35</td><td><b>Continued contributions to the care of household or family members.</b>  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.</td><td>$</td></tr>
<tr><td>36</td><td><b>Protection against family violence.</b> Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court.</td><td>$</td></tr>
<tr><td>37</td><td><b>Home energy costs.</b> Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  <b>You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.</b></td><td>$</td></tr>
<tr><td>38</td><td><b>Education expenses for dependent children less than 18.</b>  Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. <b>You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.</b></td><td>$</td></tr>
</table>

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | |

| 42 (cont.) | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

| 43 (cont.) | | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | a. | Projected average monthly chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| 45 | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475**. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). | |

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|----|----|----|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|----|----|

| | Expense Description | Monthly Amount |
|----|----|----|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: **December 13, 2013**          Signature: **/s/ Leonard M Passarelli**<br>                                                                           **Leonard M Passarelli**<br>                                                                                *(Debtor)*<br><br>Date: **December 13, 2013**          Signature: **/s/ Roxanne Passarelli**<br>                                                                           **Roxanne Passarelli**<br>                                                                                *(Joint Debtor, if any)* |
|----|----|

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **06/01/2013** to **11/30/2013**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employment**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 06/2013 | $0.00 |
| 5 Months Ago: | 07/2013 | $0.00 |
| 4 Months Ago: | 08/2013 | $4,000.00 |
| 3 Months Ago: | 09/2013 | $4,000.00 |
| 2 Months Ago: | 10/2013 | $4,000.00 |
| Last Month: | 11/2013 | $4,000.00 |
| | Average per month: | $2,666.67 |

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **06/01/2013** to **11/30/2013**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employment**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **06/2013** | **$4,744.60** |
| 5 Months Ago: | **07/2013** | **$2,516.05** |
| 4 Months Ago: | **08/2013** | **$3,878.30** |
| 3 Months Ago: | **09/2013** | **$3,893.40** |
| 2 Months Ago: | **10/2013** | **$4,004.35** |
| Last Month: | **11/2013** | **$4,783.20** |
| | Average per month: | **$3,969.98** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**    **Leonard M Passarelli**
               **Roxanne Passarelli** _____    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                               (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                               (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Mitchell J. Carlinsky**
_____
**Mitchell J. Carlinsky MC7435**
Signature of Debtor's Attorney
**Carlinsky, Dunn & Pasquariello, Pllc.**
**8 Duffy Avenue**
**Hicksville, NY 11801**
**516-622-0099 Fax:516-622-9280**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.