```
                                United States Bankruptcy Court
                                Eastern District of New York

In re:                                                                   Case No. 13-76213-reg
Leonard M Passarelli                                                     Chapter 7
Roxanne Passarelli
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: sdolan              Page 1 of 4              Date Rcvd: Mar 27, 2014
                              Form ID: 253              Total Noticed: 198


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2014.
db/jdb       +Leonard M Passarelli,    Roxanne Passarelli,    1 Hickory Hill Road,    Dix Hills, NY 11746-6309
aty          +Kirschenbaum & Kirschenbaum PC,    200 Garden City Plaza,    Garden City, NY 11530-3357
smg          +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY 11201-3719
smg          +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg          +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
               Albany, NY 12240-0001
8212114      +ADP,   1 ADP Blvd,    Roseland, NJ 07068-1786
8212112      +Ace Endigo,    80 International Blvd,    Brewster, NY 10509-2344
8212113      +Active Fire Control,    5-16 47th Ave,    Long Island City, NY 11101-5415
8212115      +Alexander Keller,    Balaton Construction,    1514 East 22nd Street,    Brooklyn, NY 11210-5123
8212117      +American Express Legal,    PO Box 278,    Ramsey, NJ 07446-0278
8212119      +Andrea Doria Gourmet,    2415 45th Street,    Astoria, NY 11103-1024
8212120      +Andrew Duane,    C/O Elias C Schwartz, Esq.,    343 Great Neck Road,    Great Neck, NY 11021-4220
8212121      +Anhueser-Bush,    550 Food Center Drive,    Bronx, NY 10474-7047
8212122      +Anthony Migliaccio, Jr.,     Joshua J. Knurr, Esq.,    200 Vesey Street,    Mail Code 01-43-03,
               New York, NY 10285-1000
8212123      +Artic Glacier, Inc.,    Payment Processing Center,    1654 Marthaler Lane West,
               Saint Paul, MN 55118-3516
8212126      +B&S Distributing,    38 Rose Lane,    Staten Island, NY 10312-4541
8212133      +BK Fire Supression & Secu,    826 Suffolk Avenue,    Brentwood, NY 11717-4404
8212127      +Bags on the Net,    1401-3 Church Street,    Bohemia, NY 11716-5016
8212128      +Bahn, Multer & Gold,    555 Fifth Avenue,    14th Fl,    New York, NY 10017-9257
8212130      +Baron Francois,    236 W. 26th St,    #304,    New York, NY 10001-6736
8212131      +Bearing Circle Enhanced,    40 Wall Street,    New York, NY 10005-1304
8212132      +Beehive Beer Distributing,    37-88 Review Avenue,    Long Island City, NY 11101-2018
8212135      +Boening Bros,    1098 Route 109,    Lindenhurst, NY 11757-1023
8212136      +Brian Sweeney,    704 Hawick Court,    Murrells Inlet, SC 29576-7551
8212138       Bruce Humenik,    66 Washington Street,    New York, NY 10020
8212139      +Budd-Morgan Central Alarm,    PO Box 878,    Bellmore, NY 11710-0878
8212140      +Bug Buster of LI,    245 East 2nd Street,    Deer Park, NY 11729-6007
8212158      +CM&E Services, Inc.,    70 Sheperd Street,    Rockville Centre, NY 11570-2248
8212141       Card Service Center,    PO Box 569100,    Dallas, TX 75356-9100
8212142     #+Catalan Gourmet,    1133 Broadway,    Suite 1401,    New York, NY 10010-7946
8212143       Cataldo Grasso Architects,    141 Karl Avenue,    Smithtown, NY 11787
8212144       Cazanove Opici Corp,    25 Deboer Drive,    Glen Rock, NJ 07452
8212148      +Cheif Fire Prevention,    10 W. Broad Street,    2nd fl,    Mount Vernon, NY 10552-2102
8212149      +Chesapeake Seafood & Crab,    366 North Broadway,    Suite 410,    Jericho, NY 11753-2000
8212150      +Christine Quinn,    3 Croft Place,    Huntington, NY 11743-1809
8212151      +City Guide Magazine,    1440 Broadway,    Suite 501,    New York, NY 10018-2385
8212152       Claire Velocci,    15 Juliet Circle,    Dix Hills, NY 11746
8212153      +Clare Rose,    100 Rose Executive Blvd.,    East Yaphank, NY 11967-1524
8212154      +Classic Wines Inc.,    52 Poplar Street,    Stamford, CT 06907-2705
8212155      +Cleanse Tec,    1000 Linwood Street,    Brooklyn, NY 11208-5320
8212156       Clear Beer Draft Systems,    51 Fawn Lane West,    South Setauket, NY 11720
8212157      +Clinton Packing, LLC,    801 New York Avenue,    PO Box 8148,    Union City, NJ 07087-1848
8212159       Coca Cola Bottling of NY,    PO Box 4108,    Boston, MA 02211-4108
8212160       Cod Edison,    JAF Station,    PO Box 1702,    New York, NY 10116-1702
8212161     #+Concept Group,    43-50 11th Street,    Suite 100,    Long Island City, NY 11101-6926
8212163      +Cynthia Attard, Esq.,    475 Main Street,    Suite 1F,    Farmingdale, NY 11735-3570
8212164      +Dairyland USA Corp,    1300 Viele Avenue,    Bronx, NY 10474-7134
8212165      +Damon DeSalvatore,    11 Drake Lane,    White Plains, NY 10607-2215
8212166      +Darren J. Epstein, Esq.,    254 South Main Street,    Suite 406,    New City, NY 10956-3363
8212167      +Darren Jay Epstein, Esq.,    254 Main Street,    Suite 406,    New City, NY 10956-3363
8212168       David A. Kaminsky & Assoc,    252 Broadway,    Suite 504,    New York, NY 10007
8212169      +David A. Kaminsky & Assoc,    325 Broadway,    New York, NY 10007-3646
8212170       Dept of Health Services,    3500 Sunrise Highway,    Suite 124,    P.O. Box 9006,
               Great River, NY 11739-9006
8212171       Dept of Taxation & Financ,    Dept of Labor,    PO Box 15012,    Albany, NY 12212-5012
8212174      +Dolce Amore & NY Gelato,    37 Grand Avenue,    Brooklyn, NY 11205-1309
8212175      +Dynamic Balancing Service,    264 Wabash Avenue,    Paterson, NJ 07503-1600
8212176      +Elo Realty,    42 West 48th Street,    New York, NY 10036-1712
8212177      +Empire Merchants, LLC,    16 Bridgewater Street,    Brooklyn, NY 11222-3804
8212178      +Ferraro Foods,    287 S. Raldolphville Road,    Piscataway, NJ 08854-3806
8212179      +Fine & Rare Collections,,    536 Main Street,    Armonk, NY 10504-1857
8212180      +Flink & Associates,    555 5th Avenue,    14th Fl,    New York, NY 10017-9257
8212181      +Frederick Wildman & Sons,    311 53rd Street,    New York, NY 10022-4923
8212182      +Frontier Wine Imports,    PO Box 357,    Suffern, NY 10901-0357
8212183      +Fruit of the Vines, Inc.,    51-02 Vernon Blvd.,    2nd Fl,    Long Island City, NY 11101-5960
8212184      +Geoffrey A. Largas & Asso,    630 Fifth Avenue,    SB#101,    New York, NY 10111-0100
8212185      +Gold Coast Bank,    2929 Expressway Drive Nor,    Suite 101,    Islandia, NY 11749-5302
8212187      +Greenberg Traurig, LLP,    200 Park Avenue,    New York, NY 10166-1400
8212188      +Guard Insurance,    Bershire Hathaway Guard,    PO Box A-H,    Wilkes Barre, PA 18703-0020
```

```
District/off: 0207-8           User: sdolan                 Page 2 of 4              Date Rcvd: Mar 27, 2014
                               Form ID: 253                 Total Noticed: 198

8212189       +Harry Block, Esq.,    305 Madison Avenue,    New York, NY 10165-0614
8212191       +J Kings,    700 Furrows Road,    Holtsville, NY 11742-2001
8212192       +J Kings Food Service Prof,    700 Furrows Road,    Holtsville, NY 11742-2001
8212193       +J.D.B. Market Corp.,    D/B/A John's Market,    25-20 50th Avenue,
                Long Island City, NY 11101-4421
8212194       +Jewel of India,    C/O AZAD International,    2 Daniel Road,    Fairfield, NJ 07004-2516
8212195       +John Weston,    355 Violet Street,    Massapequa Park, NY 11762-1148
8212196       +Joseph Casavecchia,    60 Roxen Road,    Rockville Centre, NY 11570-1513
8212197       +Joseph Kalinowski,    JSK Partners of New York,    40 Wall Street,    28th Floor,
                New York, NY 10005-1313
8212198       +Joseph Lavelle,    264 Burlington Avenue,    Deer Park, NY 11729-1727
8212199       +Joseph Nestola,    20 Cortelyou Road,    Merrick, NY 11566-3724
8212200       +Juan Carrera,    1076 Hulls Highway,    Southport, CT 06890-1024
8212201       +Juan Lacroze,    406 West Neck Road,    Huntington, NY 11743-1625
8212202      #+King Glassware Co, Inc.,    112 Bowery,    New York, NY 10013-4792
8212204       +Kitchen Repair Specialist,    1005 Church Street,    Baldwin, NY 11510-4227
8212206        LIPA,    PO Box 9039,    Hicksville, NY 11802-9039
8212207       +Loretta Costalas,    2534 Fox Dale Avenue,    Oceanside, NY 11572-2414
8212208       +Luis Vargas,    52-30 39th Drive,    Woodside, NY 11377-4055
8212209       +M. Slavin & Sons Fish,    800 Food Center Drive,    Unit 66,    Bronx, NY 10474-0040
8212218      #+MHW LTD,    1129 Northern Blvs.,    Suite 410,    Manhasset, NY 11030-3022
8212210       +Main Street Meats,    210 Main Street,    Farmingdale, NY 11735-2618
8264699       +Manhattan Beer Dist.,    955 E 149th Street,    BronxNY 10455-5021
8212211       +Manhattan Beer Distrib,    PO Box 27458,    New York, NY 10087-7458
8212212       +Marie Tropiano,    3 Julia Drive,    Dix Hills, NY 11746-8216
8275604       +Marlin Business Bank,    300 Fellowship Road,    Mount Laurel, NJ 08054-1201,
                Attn: Bankruptcy Dept.
8212213       +Marlin Leasing,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
8212214       +Martin I Gold,    555 Fifth Avenue,    New York, NY 10017-2416
8212215       +Master Purveyors,    355 Food Center,    Bronx, NY 10474-7000
8212216       +Master Purveyors Inc,    Hunts Point Co-Op Market,    Bldg B-14,    Bronx, NY 10474-7500
8212217       +Meat without Feet,    800 Food Center Drive,    Bronx, NY 10474-0049
8212219       +Millenium III Leasing Co.,    C/O Cynthia Attard, Esq.,    475 Main Street,    Suite 1F,
                Farmingdale, NY 11735-3570
8212220       +Milton Abeles, Inc.,    PO Box 369,    Roslyn, NY 11576-0369
8212222       +Monsieur Touton Selection,    129 W. 27th Street,    Suite 9B,    New York, NY 10001-6206
8212223       +Mrs. Baking Distribution,    18-25 127th Street,    College Point, NY 11356-2333
8212231        NSLIJ Dept of Pediatrics,    PO Box 5067,    New York, NY 10087-5067
8212232      #+NYC Dept of Finance,    PO Box 5140,    Kingston, NY 12402-5140
8212233       +NYC Dept of Health & Hyg,    125 Worth St,    New York, NY 10013-4089
8212234       +NYC Venue Guide,    C/O EMRG,    1182 Broadway,    Suite 903,    New York, NY 10001-5407
8212235        NYS Dept of Taxation & Fi,    Bankruptcy Section,    PO Box 5300,    Albany, NY 12205-0300
8212236        NYS Sales Tax Processing,    PO Box 15172,    Albany, NY 12212-5172
8212237        NYS Unemployment,    PO Box 4301,    Binghamton, NY 13902-4301
8212238       +NYS Worker's Compensation,    Finance Office, Assessmen,    328 State Street,    Room 331,
                Schenectady, NY 12305-3201
8212224       +Nastasi Mntc & Constr,    50 Rockefeller Plaza,    New York, NY 10020-1605
8212225       #National Grid,    PO Box 9037,    Hicksville, NY 11802-9037
8212226       +National Waste Services,    1863 Harrison Avenue,    Bay Shore, NY 11706-1011
8212227       +Nella Bros., Inc.,    65 Washington Avenue,    Mineola, NY 11501-2961
8212228       +New VJ Produce Corp.,    PO Box 778394,    Woodside, NY 11377-8394
8264698       +New York Wine & Spirits,    10 Dunnigan Drive,    Suffern NY 10901-4101
8212230       +Nightingale Landscapes,    PO Box 130,    Deer Park, NY 11729-0130
8212242        OPICI Wine Co,    25 Deboer Drive,    Glen Rock, NJ 07452
8212239       +Ocean Seafood Distributor,    196-208 Emmet Street,    Newark, NJ 07114-2831
8212240       +On Hold Marketing Commun,    48 Fox Chase Lane,    Studio B,    Ledgewood, NJ 07852-2610
8212243       +Orwashers Bakery,    308 East 78th Street,    New York, NY 10075-2222
8212244       +Pat LaFrieda,    3701 Tonnelle Avenue,    North Bergen, NJ 07047-2421
8212245       +Patrick Lavelle,    49 Sunset Drive,    Sayville, NY 11782-2808
8212246       +Patrick Sweeney,    350 Merrick Avenue,    Rockville Centre, NY 11570-5337
8212248       +Polar Bear of NY,    2644 North Jerusalem Road,    Bellmore, NY 11710-1116
8212249       +Premium Supply Comp,    960 Grand Blvd.,    Deer Park, NY 11729-5731
8212250       +Pride Cafe Systems,    158 Brook Avenue,    Deer Park, NY 11729-7205
8212251       +Primary Financial Service,    3141 North Third Avenue,    Suite C1,    Phoenix, AZ 85013-4359
8212252       +Prime Food Distributors,    80 Seaview Blvd,,    Port Washington, NY 11050-4618
8212253       +Pro Cold Inc. 9114 Ditmas,    Brooklyn, NY 11236-1710
8212254       +Professional Sports Publ,    570 Elmont Road,    Dept 203,    Elmont, NY 11003-3535
8212258        RCPI Landmark Properties,,    PO Box 33173,    Newark, NJ 07188-3173
8212265       +RMS,    4836 Bracksville Road,    Richfield, OH 44286-9178
8212255       +Raineri Fine Foods,    278 Metropliatan Avenue,    Brooklyn, NY 11211-4006
8212256       +Ralph Velocci,    349 Center Island,    Golden Beach, FL 33160-2201
8212257        Raphael,    39390 Main Street,    PO Box 17,    Peconic, NY 11958-0017
8212259        Regional Claims Recovery,    PO Box 417460,    Boston, MA 02241-7460
8212260       +Renalto Reali,    7 Patri Court,    Dix Hills, NY 11746-8320
8212263       +Richard Litvak,    5 Hidden Spring Drive,    Weston, CT 06883-1144
8212264       +Richard Mourry,    167 E. 61st Street,    New York, NY 10065-8128
8212267       +Rodolphe Siffredi,    225 East 63rd Street,    Apt LF,    New York, NY 10065-7443
8212268       +S&S Grinding Services, In,    PO Box 824,    Fort Lee, NJ 07024-0824
8212272    #+++SEA CREST LINEN SUPPLY CO,    PO BOX 250102,    BROOKLYN NY  11225-0102
               (address filed with court: Sea Crest Linen Supply Co,    PO Box 102,    Brooklyn, NY 11225-1804)
```

```
District/off: 0207-8            User: sdolan                Page 3 of 4                  Date Rcvd: Mar 27, 2014
                                Form ID: 253                Total Noticed: 198

8212276        +SJ Grillo, CPA,    420 Jericho Tpke,    Jericho, NY 11753-1319
8212277        +SK Complete Landscaping,    66 Wells Road,    Greenlawn, NY 11740-1517
8212284         SYSCO,    PO Box 2000,    Jersey City, NJ 07303-2000
8212269        +Safeway Secrity Systems,    2387 Ocean Avenue,    Brooklyn, NY 11229-3528
8212270        +Sam Tell & Son, Inc,    300 Smith Street,    Farmingdale, NY 11735-1114
8212271         Sea Breeze Coffee & Tea,    PO Box 20442,    Bradenton, FL 34204-0442
8212273         Selignon Rothman & Rothma,    29 West Thirtieth Street,    10th Fl,   New York, NY 10001-4461
8212274        +Sheila Sweeney,    102-55 67th Drive,    Forest Hills, NY 11375-2865
8212278        +Southern Wine & Spirits,    PO Box 9034,    Syosset, NY 11791-9034
8212279        +Standard Enterprises, Inc,    16 Shortridge Drive,    Mineola, NY 11501-2128
8212280        +Standard Group,    57 West 48th Street,    New York, NY 10020-1509
8212282        +Suffolk County Sheriff,    Vincent DeMarco,    360 Yaphank Avenue,   Suite 1A,
                 Yaphank, NY 11980-9652
8212285        +Systematic Supplied,    PO Box 431,    Hillsdale, NJ 07642-0431
8212286        +Teresa O. Malihan,    68 E. 93rd Road,    New York, NY 10128-1344
8212287        +Thomas Carroll,    67 Valley Road,    Manhasset, NY 11030-1440
8212288         Todd Falasco, Esq.,    Frenkel Lambert et al,    53 Gibson Street,    Bay Shore, NY 11706
8212289       #+Toni Ann Albanese,    11 Mount Holly Drive,    Rye, NY 10580-1858
8212290        +Town of Smithtown Solid W,    99 W Main Street,    Smithtown, NY 11787-2616
8212291        +Tri State Linen,    135 North Route 9W,    Congers, NY 10920-1722
8212292        +Tsunis Gasparis Lustig,    The Metlife Bldg,    2929 Expressway Drive Nor,
                 Islandia, NY 11749-5306
8212296        +VIAS Imports,    875 6th Avenue,    Suite 2200,    New York, NY 10001-3565
8248012        +VIS Plumbing heating & Mechanical Corp,    38-17 54th Street,    Woodside NY 11377-2416
8212294        +Verde Custom Flowers,    11 Bruckner Blvd.,    Bronx, NY 10454-4411
8212295        +Verity Wine Partners,    PO Box 1826,    New York, NY 10156-1826
8212297         Vincent Kenney,    39b Hamilton Avenue,    Weehawken, NJ 07086
8212298        +Vis Industries,    38-17 54th Street,    Woodside, NY 11377-2416
8212303       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,   Frederick, MD 21701)
8212300         Wells Fargo,    Credit Bureau Disp Po Box 14517,    Des Moines, IA 50306
8212301         Wells Fargo Bank,    PO Box 54780,    Los Angeles, CA 90054-0780
8220320         Wells Fargo Bank, N.A.,    c/o Frenkel Lambert et al,    53 Gibson Street,    Bay Shore, NY 11706
8268904        +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
8212304        +Werner Boys,    405 Lake Avenue,    Saint James, NY 11780-2207
8212305        +Wild Edibles,    535 3rd Avenue,    New York, NY 10016-4175
8212306         Winebow,    PO Box 416636,    Boston, MA 02241-6636
8274835        +Winebow Inc,    75 Chestnut Ridge Road,    Montvale NJ 07645-1844
8212307        +Wines & Beyond Import,    1 Civic Center Plaza,    Suite 305,    Poughkeepsie, NY 12601-3164
8212308        +Worker's Comp Board,    Bureau of Compliance,    100 Broadway,    Albany, NY 12204-2797

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Mar 27 2014 18:08:40      United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
8212116        +EDI: AMEREXPR.COM Mar 27 2014 18:08:00      American Express,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
8278867         EDI: BECKLEE.COM Mar 27 2014 18:08:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
8212125        +E-mail/Text: ivyd@autochlor.net Mar 27 2014 18:08:25      Auto Chlor System,    685 Gotham Parkway,
                 Carlstadt, NJ 07072-2403
8212129        +EDI: TSYS2.COM Mar 27 2014 18:08:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
8212145        +EDI: WFNNB.COM Mar 27 2014 18:08:00      Ccb/J Jill,    Po Box 182789,    Columbus, OH 43218-2789
8212146        +EDI: CHASE.COM Mar 27 2014 18:08:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
8212147         EDI: CHASE.COM Mar 27 2014 18:08:00      Chase Card Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
8212173         EDI: DIRECTV.COM Mar 27 2014 18:13:00      DIRECTV,    PO Box 60036,    Los Angeles, CA 90060-0036
8212186        +E-mail/Text: grabarfish@hotmail.com Mar 27 2014 18:08:25      GRA-BAR Inc.,    102 Bond Street,
                 Westbury, NY 11590-5014
8239054         EDI: Q3G.COM Mar 27 2014 18:08:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
8212262        +E-mail/Text: bankruptcy@rewardsnetwork.com Mar 27 2014 18:08:23      Rewards Network,
                 2 North Riverside Plaza,    Suite 200,    Chicago, IL 60606-2677
8212275        +E-mail/Text: chrism@sidwainer.com Mar 27 2014 18:08:52      Sid Wainer & Son,    2301 Purchase St,
                 New Bedford, MA 02746-1686
8212281        +E-mail/Text: jballard@sfscapital.com Mar 27 2014 18:08:55      Strategic Funding,    1501 Broadway,
                 New York, NY 10036-5505
8212283        +E-mail/Text: scwabcn@scwa.com Mar 27 2014 18:08:57      Suffolk County Water Auth,
                 2045 Route 112,    Suite 5,    Coram, NY 11727-3092
8212293        +E-mail/Text: ebn.bankruptcy@usfoods.com Mar 27 2014 18:08:51      US Foods,    1051 Amboy Avenue,
                 Perth Amboy, NJ 08861-1919
8212299        +E-mail/Text: vci.bkcy@vwcredit.com Mar 27 2014 18:08:44      Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
8212302        +EDI: WFFC.COM Mar 27 2014 18:08:00      Wells Fargo Bank Nv Na,    Po Box 31557,
                 Billings, MT 59107-1557
8249351        +EDI: WFFC.COM Mar 27 2014 18:08:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 19
```

```
District/off: 0207-8          User: sdolan            Page 4 of 4          Date Rcvd: Mar 27, 2014
                              Form ID: 253            Total Noticed: 198

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8212203        Kings Meat
8212118      ##+American Importing/Export,    1124 Industrial Parkway,    Brick, NJ 08724-2508
8212124      ##+Aubelia Oesman,    380 Rector Place,    Apt 10B,   New York, NY 10280-1446
8212134      ##+BNP Distributing Co. Inc.,    PO BOx 1606,    Bayonne, NJ 07002-6606
8212137      ##+Brooks Litho Digital Grou,    167 New Highway,    Amityville, NY 11701-1132
8212162       ##Costello Wines LLC,    350 Fifth Avenue,    Suite 7218,    New York, NY 10118-7218
8212172      ##+Dessert Service, Inc.,    405 Minnisink Road,    Totowa, NJ 07512-1804
8212190      ##+Integrity Wines LLC,    116 West 23rd Street,    Room 500,    New York, NY 10011-2599
8212205       ##Lady M. Confections Co,    43-42 10th Street,    Long Island City, NY 11101-6925
8212221       ##Modern Luxury Media,    PO Box 512808,    Los Angeles, CA 90051-0808
8212229      ##+New York Guest LLC,    1560 Broadway,    Suite 812,    New York, NY 10036-1537
8212241      ##+One Stop Rest Supply Corp,    807 Washington Street,    New York, NY 10014-1557
8212247      ##+Petrossian Distributing,    419 W. 13th Street,    New York, NY 10014-1119
8212261      ##+Reservation Genie,    11002 Blossom Bell Drive,    Austin, TX 78758-4215
8212266      ##+Robert Trotta,    3323 Elliott Blvd.,    Oceanside, NY 11572-3607
                                                                               TOTALS: 1, * 0, ## 14
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2014 at the address(es) listed below:
              Karen Marie Sheehan    on behalf of Creditor    WELLS FARGO BANK, N.A. ksheehan@flwlaw.com,
               jspiegelman@flwlaw.com;caltenburg@flwlaw.com;plamberti@flwlaw.com
              Kenneth  Kirschenbaum    on behalf of Trustee Kenneth  Kirschenbaum ken@kirschenbaumesq.com,
               ssheinwald@kirschenbaumesq.com;Sspector@kirschenbaumesq.com;ny41@ecfcbis.com;msabella@kirschenbau
               mesq.com
              Kenneth  Kirschenbaum     ken@kirschenbaumesq.com,
               ssheinwald@kirschenbaumesq.com;Sspector@kirschenbaumesq.com;ny41@ecfcbis.com;msabella@kirschenbau
               mesq.com
              Mitchell J Carlinsky    on behalf of Debtor Leonard M Passarelli hicksville@cdplawyers.com,
               mcarlinsky@cdplawyers.com
              Mitchell J Carlinsky    on behalf of Joint Debtor Roxanne  Passarelli hicksville@cdplawyers.com,
               mcarlinsky@cdplawyers.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Form B18** (Official Form 18)(12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8–13–76213–reg |
| Leonard M Passarelli          Roxanne Passarelli | |
| 1 Hickory Hill Road          1 Hickory Hill Road<br>Dix Hills, NY 11746          Dix Hills, NY 11746 | |
| Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address. | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx–xx–8414          xxx–xx–0684 | |
| DEBTOR(s) | |

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED**:

The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: March 27, 2014              s/ Robert E. Grossman
                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/01/2007)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**