# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: PASSARELLI, LEONARD M § Case No. 813-76213
       PASSARELLI, ROXANNE § 
                             §
                             §
Debtor(s)                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 13, 2013. The undersigned trustee was appointed on December 13, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $          3,600.00

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 70.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $          3,530.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/23/2014 and the deadline for filing governmental claims was 06/11/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $900.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $900.00, for a total compensation of $900.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $238.86, for total expenses of $238.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/23/2014          By: /s/KENNETH KIRSCHENBAUM
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 813-76213  
**Case Name:** PASSARELLI, LEONARD M  
  PASSARELLI, ROXANNE  
**Period Ending:** 09/23/14

**Trustee:** (520680) KENNETH KIRSCHENBAUM  
**Filed (f) or Converted (c):** 12/13/13 (f)  
**§341(a) Meeting Date:** 01/21/14  
**Claims Bar Date:** 04/23/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 1 Hickory Hill Road, Dix Hills NY | 659,000.00 | 0.00 | | 0.00 | FA |
| 2 | Citibank - checking and savings | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. Furniture | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Books | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding bands | 750.00 | 0.00 | | 0.00 | FA |
| 7 | IRA Newport Coast Securities Irvine, CA 92612 | 28,832.43 | 0.00 | | 0.00 | FA |
| 8 | IRA Newport Coast Securities Irvine, CA 92612 | 18,895.90 | 0.00 | | 0.00 | FA |
| 9 | Volkswagon 2010 Golf 80,000 Miles | 11,875.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Audi A5 Approx 66,992 Miles | 17,750.00 | 2,677.00 | | 2,750.00 | FA |
| 11 | 2008 Volkswagon Jetta Approx 60,000 miles | 4,950.00 | 950.00 | | 850.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$748,553.33** | **$3,627.00** | | **$3,600.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

cars and non-exempt funds

**Initial Projected Date Of Final Report (TFR):** November 30, 2014    **Current Projected Date Of Final Report (TFR):** September 23, 2014 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 813-76213  
**Case Name:** PASSARELLI, LEONARD M  
PASSARELLI, ROXANNE  
**Taxpayer ID #:** **-***3381  
**Period Ending:** 09/23/14

**Trustee:** KENNETH KIRSCHENBAUM (520680)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $62,256,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/14 | | debtor | cars | | 1,000.00 | | 1,000.00 |
| | {11} | | 850.00 | 1129-000 | | | 1,000.00 |
| | {10} | | 150.00 | 1129-000 | | | 1,000.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 03/12/14 | {10} | debtor | car | 1129-000 | 1,000.00 | | 1,990.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,980.00 |
| 04/14/14 | {10} | Roxanne Passarelli | car | 1129-000 | 1,000.00 | | 2,980.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 05/14/14 | {10} | Roxanne Passarelli | car | 1129-000 | 600.00 | | 3,570.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,560.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,550.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,540.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,530.00 |
| | | | **ACCOUNT TOTALS** | | **3,600.00** | **70.00** | **$3,530.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **3,600.00** | **70.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,600.00** | **$70.00** | |

Net Receipts :          3,600.00  
————————  
Net Estate :          $3,600.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3866** | 3,600.00 | 70.00 | 3,530.00 |
| | $3,600.00 | $70.00 | $3,530.00 |

# Exhibit C - Court Claims Register

**Case: 813-76213**        **PASSARELLI, LEONARD M**

Claims Bar Date: 04/23/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15S | Marlin Business Bank<br>300 Fellowship Road<br>Attn: Bankruptcy Dept.<br>Mount Laurel, NJ 08054<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>03/20/14 | This creditor is secured and will not be sharing in distribution. | $1,850.00<br>$0.00 | $0.00 | $0.00 |
| 3P | NYS Dept of Taxation & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300<br><5800-00  Claims of Governmental Units>,  570 | Priority<br>02/07/14 | | $114,551.24<br>$114,551.24 | $0.00 | $114,551.24 |
| 1 | Empire Merchants, LLC<br>16 Bridgewater Street<br>Brooklyn, NY 11222-9964<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/30/13 | | $19,121.75<br>$19,121.75 | $0.00 | $19,121.75 |
| 2 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/28/14 | | $127.71<br>$127.71 | $0.00 | $127.71 |
| 4 | Active Fire Control<br>5-16 47th Ave<br>Long Island City, NY 11101<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/31/14 | | $2,708.46<br>$2,708.46 | $0.00 | $2,708.46 |
| 5 | VIS Plumbing heating & Mechanical Corp<br>38-17 54th Street<br>Woodside, NY 11377<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/04/14 | | $34,000.00<br>$34,000.00 | $0.00 | $34,000.00 |
| 6 | Classic Wines Inc.<br>52 Poplar Street<br>Stamford, CT 06907<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/07/14 | | $2,550.00<br>$2,550.00 | $0.00 | $2,550.00 |
| 7 | Andrew Duane<br>C/O Elias C Schwartz, Esq<br>343 Great Neck Road<br>Great Neck, NY 11021<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/07/14 | | $40,314.00<br>$40,314.00 | $0.00 | $40,314.00 |

# Exhibit C - Court Claims Register

**Case:** 813-76213         **PASSARELLI, LEONARD M**

Claims Bar Date: 04/23/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | John Weston<br>355 Violet Street<br>Massapequa Park, NY 11762<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/07/14 | | $40,000.00<br>$40,000.00 | $0.00 | $40,000.00 |
| 9 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/14/14 | | $20,023.92<br>$20,023.92 | $0.00 | $20,023.92 |
| 10 | Clear Beer Draft Systems<br>51 Fawn Lane West<br>South Setauket, NY 11720<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/26/14 | | $658.77<br>$658.77 | $0.00 | $658.77 |
| 11 | New York Wine & Spirits<br>10 Dunnigan Drive<br>Suffern, NY 10901<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/28/14 | | $47.20<br>$47.20 | $0.00 | $47.20 |
| 12 | Manhattan Beer Dist.<br>955 E 149th Street<br>    10455<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/28/14 | | $1,264.88<br>$1,264.88 | $0.00 | $1,264.88 |
| 13 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/12/14 | | $31,314.70<br>$31,314.70 | $0.00 | $31,314.70 |
| 14 | Winebow<br>PO Box 416636<br>Boston, MA 02241-6636<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/14/14 | | $3,195.60<br>$3,195.60 | $0.00 | $3,195.60 |
| 15U | Marlin Business Bank<br>300 Fellowship Road<br>Attn: Bankruptcy Dept.<br>Mount Laurel, NJ 08054<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/20/14 | | $32,594.04<br>$32,594.04 | $0.00 | $32,594.04 |
| 16 | Marlin Business Bank<br>300 Fellowship Road<br>Attn: Bankruptcy Dept.<br>Mount Laurel, NJ 08054<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/20/14 | | $11,740.28<br>$11,740.28 | $0.00 | $11,740.28 |

# Exhibit C - Court Claims Register

**Case: 813-76213**            **PASSARELLI, LEONARD M**

Claims Bar Date:   04/23/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/25/14 | | $37,488.26<br>$37,488.26 | $0.00 | $37,488.26 |
| 19 | Christine Quinn<br>3 Croft Place<br>Huntington, NY 11743<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>04/24/14 | | $20,000.00<br>$20,000.00 | $0.00 | $20,000.00 |
| 3U | NYS Dept of Taxation & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300<br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>02/07/14 | | $29,237.54<br>$29,237.54 | $0.00 | $29,237.54 |
| 18 | NYS Workers Compensation Board<br>328 State Street<br>Schenectady, NY 12305<br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>04/09/14 | | $56,524.17<br>$56,524.17 | $0.00 | $56,524.17 |
| | | | **Case Total:** | | **$0.00** | **$497,462.52** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                   Exhibit D

Case No.: 813-76213
Case Name: PASSARELLI, LEONARD M
Trustee Name: KENNETH KIRSCHENBAUM

**Balance on hand:**                              $         3,530.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15S | Marlin Business Bank | 1,850.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $     3,530.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kenneth Kirschenbaum, Trustee | 900.00 | 0.00 | 900.00 |
| Trustee, Expenses - Kenneth Kirschenbaum, Trustee | 238.86 | 0.00 | 238.86 |

Total to be paid for chapter 7 administration expenses:    $     1,138.86
Remaining balance:                                         $     2,391.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:                                             $     2,391.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $114,551.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | NYS Dept of Taxation & Finance | 114,551.24 | 0.00 | 2,391.14 |

Total to be paid for priority claims:    $     2,391.14
Remaining balance:                       $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 277,149.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Empire Merchants, LLC | 19,121.75 | 0.00 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 127.71 | 0.00 | 0.00 |
| 4 | Active Fire Control | 2,708.46 | 0.00 | 0.00 |
| 5 | VIS Plumbing heating & Mechanical Corp | 34,000.00 | 0.00 | 0.00 |
| 6 | Classic Wines Inc. | 2,550.00 | 0.00 | 0.00 |
| 7 | Andrew Duane | 40,314.00 | 0.00 | 0.00 |
| 8 | John Weston | 40,000.00 | 0.00 | 0.00 |
| 9 | Wells Fargo Card Services | 20,023.92 | 0.00 | 0.00 |
| 10 | Clear Beer Draft Systems | 658.77 | 0.00 | 0.00 |
| 11 | New York Wine & Spirits | 47.20 | 0.00 | 0.00 |
| 12 | Manhattan Beer Dist. | 1,264.88 | 0.00 | 0.00 |
| 13 | Wells Fargo Bank, N.A. | 31,314.70 | 0.00 | 0.00 |
| 14 | Winebow | 3,195.60 | 0.00 | 0.00 |
| 15U | Marlin Business Bank | 32,594.04 | 0.00 | 0.00 |
| 16 | Marlin Business Bank | 11,740.28 | 0.00 | 0.00 |
| 17 | American Express Bank, FSB | 37,488.26 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 20,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 19 | Christine Quinn | 20,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 85,761.71 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3U | NYS Dept of Taxation & Finance | 29,237.54 | 0.00 | 0.00 |
| 18 | NYS Workers Compensation Board | 56,524.17 | 0.00 | 0.00 |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**