**SERVICES RENDERED**

The services performed by applicant as trustee were as follows: Reviewed the petition, schedules, and statement of affairs, the debtors' last filed tax returns and payment advices, confirmed the debtors' compliance with counseling requirements and 11 USC § 521 requirements, requested the debtors' financial and other records and reviewed produced documents, analyzed the financial affairs and assets of the estate, marshaled assets and reduced to cash; reviewed claims, claims report; reviewed property reports and final report.  In addition to these tasks, it was necessary for me to maintain a computerized Bankruptcy Management System to monitor and administer this estate and comply with United States Trustee guidelines that implement the statutory requirements established by the Bankruptcy Abuse Prevention and Consumer Protection Act (BAPCPA).  While this is a time-consuming system, which requires manual input of information, it has proven to be an invaluable aid in my administration of bankruptcy estates.

The instant proceeding was commenced upon the filing of a voluntary petition pursuant to Chapter 7 of Title 11 of the United States Code on December 13, 2013 and I was appointed Trustee.

At the time of filing the petition, the debtors owned a 2008 Audi A5 and a 2008 Volkswagen Jetta.  I conducted an independent investigation into the value of the vehicles and determined that the administration of the vehicles would be beneficial to the creditors of the estate.

I initiated negotiations with the debtors in an effort to consummate a sale of the estate's interest in the vehicles.  Following negotiations, I agreed to accept an offer by the debtors to purchase the estate's right, title, and interest in the vehicles for the total sum of $3,600.00, subject to any and all liens, encumbrances, claims or other interests.  All creditors and other parties in interest were served with notice of the proposed sale.  No written objections were filed,

nor did anyone appear before the Court at the time of the hearing in opposition to the proposed sale. Following the hearing, the Court approved the sale and an appropriate order authorizing the sale was entered.

The commission compensation requested in my final report, $900.00, is calculated based upon the statutory commission specified in Section 326 of the Bankruptcy Code. I performed my fiduciary services as trustee in accordance with the responsibilities imposed by the Bankruptcy Abuse Prevention and Consumer Protection Act (BAPCPA), United States Trustee guidelines and the Local Rules of this Court, and therefore there is no reason to depart from the statutory commission structure.