# United States Bankruptcy Court

### Eastern District of New York
### 290 Federal Plaza
### Central Islip, NY 11722

---

IN RE:                                                                CASE NO: 8−13−76213−reg

   Leonard M Passarelli and Roxanne Passarelli

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID                CHAPTER: 7
No.:

   xxx−xx−8414                                        xxx−xx−0684

                 DEBTOR(s)

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Kenneth Kirschenbaum (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Robert E. Grossman
United States Bankruptcy Judge

Dated: March 10, 2015